pg 1 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON DC

Joseph N. Briggs
3415 Joann Dr
Windsor Mills, MD. 21244-2922

V.S

State Department Federal Credit Union
1630 King St
Alexandria VA, 22314-2745

Cynthia Chamberlyn

AND

Staff Sgt Crowley
Ft McNair
4th AND P Sts S.W.
Washington D.C. 20015

**FILED**

JUL - 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER   1:05CV01344
JUDGE: Gladys Kessler
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 07/06/2005

On January 19, 2005 I went to Ft Mc Nairs branch of the State Dept Federal Union to obtain information of how to call and get through to member services be of a past account that was supposed to have been closed (a cash bearing collateral account that was reported to the credit bureau as a default, when they owed me a balance of two hundred dollars that they gave me but cause me a great deal of pain and suffering even too the point of being arrested by the military police and being kicked four times on the right leg causing a blood that put me on the verge of death on two hospital stays although alive not well causing

pg 2 of 4

In the United States District Court
For the District of Columbia

Joseph N. Balgos

vs.

State Department Federal Credit Union

and

Staff Sargent Crowley
Military Police

Permanent tissue damage and swelling, eventually going to have have special made shoes for my right foot. This was the fourth time I tried to resolve two times at Headquarters in Alexandria two times at Ft Mcnairs Branch. I was told by ass mgr Brandon Beaty on January 23, 2005 that he would see that the matter would be resolved. and he would send me something. I tried calling Brandon Beaty after two month's Beaty would accept a call from me.

    Seeking damages of ~~ten million~~ Dollars Eight million dollars.

Staff Sargent Crowley refused to give me the names of the two staff sargents that arrested me as the ass mgr was giving information off the computer interrupted arrested taken to Sargent of the Guard where office where I was kicked four times on the right leg, ankle by Second Staff Sargent while telling me to spread my legs each time he said it he kicked me on ankle. After the swelling

pg 3 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERSISTED I WENT TO THE HOSPITAL WHERE I WAS DIAGNOSED with TISSUE DAMAGE ON JANUARY 23, 2005, but the Hospital take all necessary procedures to determine the extent of my injury. SWELLING PERSISTED, I AGAIN WENT back to THE HOSPITAL ON JANUARY 29, 2005, STILL with PERSISTENT SWELLING, STILL DIAGNOSED TISSUE DAMAGE, SWELLING PERSISTED, ON FEBRUARY 04, 2005 I TRAVELED TO AN OUT OF THE AREA HOSPITAL IN ASHVILLE N.C. WHERE I WAS TOLD I CHEATED DEATH BECAUSE A blood CLOT I WAS Hospitalized IN ASHVILLE AND AGAIN AFTER RETURNING TO MARYLAND FOR AND ADDITIONAL NINE DAYS; I WILL HAVE TO HAVE A SPECIAL SHOE MADE FOR MY ® FOOT BECAUSE PERMANENT damage to RIGHT ANKLE.

THE WAS NO REASON FOR AN ARREST BECAUSE THE FIRST STAFF SGT WITNESSED THE ASSISTANT MGR giving me INFORMATION FROM her Computer, THE ONLY WAY THAT COULD OCCUR, IS I WOULD HAVE TO HAVE ACCESS TO THE US GOVERNMENT IN ONE RESPECT OR ANOTHER, I SHOP AT OTHER military outposts, I AM A DISABLED AMERICAN Vet with SERVICE IN THE REPUBLIC OF SOUTH VIETNAM PURPLE HEART, PRESIDENTIAL UNIT Citation, Navy Cross, I WAS IN WASHINGTON FOR THE INAUGURATION Ball by INVITATION. I DECIDE TO GO THERE INSTEAD OF ALEXANDRIA BECAUSE OF ME HAVING BEEN THERE TWO PREVIOUS TIMES, THATS WHERE I WAS TOLD they DIDN'T WANT MY ACCOUNT ANYMORE.

SEEKING DAMAGES OF 8 MILLION DOLLAR

pg 4 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Eight Million Dollars

*[signature]*

Ltr to:

PRESIDENT + CEO
STATE DEPT FEDERAL CREDIT UNION
1630 King St
Alexandria VA 22314

GENERAL DIGGS USMC
V. Chairman
JOINT CHIEFS OF STAFF
Pentagon City Pentagon 22417