162

IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT DISTRICT OF Columbia

JOSEPH N, DRIGGS                                        GK

    V S

STATE DEPT FEDERAL C.U.

    AND.                                    05-1344

STAFF SGT CROWLEY.


            ADDENDUM
THIS IS JUST NOTICE OF NAMING A SECOND PERSON. STAFF
SGT DUNLAP WAS THE ARRESTING MILITARY POLICE THAT
SHOWED UP A THE CREDIT UNION OFFICE.


                            James N. Briggs


August 17, 2005


            NOTICE OF SERVICE

I hereby Certify THAT I JOSEPH N. BRIGGS mail Copies OF
Complaint to:
STAFF SGT DUNLAP.
Military Police
4th & P St S.W.
Ft MC NUNAIR.
Washington DC. 20013

Leave to file granted — J. Kessler 8/22/05

RECEIVED
AUG 2 3 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

2 of 2

UNITED STATES DISTRICT COURT
FOR WASHINGTON D.C. DISTRICT


JOSEPH N. BRIGGS                    C/A  05-1344

        VS.

STATE FOD CREDIT UNION

        AND.

STAFF SGT CROWLEY.


U.S. ATTORNEY
850 PENNSYLVANIA AVE N.W.
WASHINGTON D.C. 20530.


STAFF SGT DUNLAP.
MILITARY POLICE
FT MC NAIR
4TH AND P ST S.W.
WASHINGTON D.C. 20013

RECEIVED

AUG 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT