UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JOSEPH N. BRIGGS,             )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 05-1344 (GK)
                              )
STATE DEP'T FED. CREDIT UNION,)
et al.,                       )
                              )
        Defendants.           )
_____)

### O R D E R

On October 2, 2005, Plaintiff sent a letter to the Clerk of the Court requesting that a Default Judgment against the Defendants be entered in the above-captioned case.  Because Plaintiff has not yet effected service of process on the Defendants, the Clerk of the Court correctly informed him, by letter dated October 5, 2005, that a Default Judgment could not be entered at this time.  On October 10, 2005, Plaintiff responded to the Clerk of the Court with a letter that makes inappropriate and unwarranted accusations about the Clerk's handling of his case.

Plaintiff is hereby directed to review the Federal Rules of Civil Procedure, especially Rules 3 through 6, in order to familiarize himself with the steps he must take to move his case forward.  In addition, Plaintiff is directed to maintain proper

respect and civility in all his future communications with this Court and its personnel.

                                                      /s/
                                            GLADYS KESSLER
                                            United States District Judge

October 19, 2005


**copies to: attorneys of record via ECF** and

**Joseph N. Briggs**
**3415 Joann Drive**
**Windsor Mills, MD 21244-2922**