UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
Joseph N. Briggs,                             )
                                              )
       Plaintiff,                             ) Civil Action No. 05-1344(GK)
                                              )
    v.                                        )
                                              )
STATE DEP'T FED CREDIT UNION                  )
CROWLEY                                       )
Staff Sergeant, Military Police               )
DUNLAP                                        )
Staff Sergeant, Military Police               )
                                              )
       Defendants.                            )
                                              )
Also Serve:                                   )
                                              )
KENNETH L. WAINSTEIN                          )
U.S. Attorney for the                         )
District of Columbia                          )
U.S. Attorney's Office                        )
555 4th Street, N.W.                          )
Washington, D.C. 20530                        )
                                              )
ALBERTO GONZALES                              )
Attorney General of the United States         )
U.S. Department of Justice                    )
950 Pennsylvania Ave., N.W.                   )
Washington, D.C. 20530-0001                   )
                                              )
_____           )

## NOTICE OF APPEARANCE

    The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Kevin K. Robitaille as counsel for Defendant in the above-captioned case.

                                       ____/s/_____
                                       KEVIN K. ROBITAILLE
                                       Special Assistant U.S. Attorney
                                       Civil Division
                                       555 Fourth St., N.W.
                                       Washington, D.C.  20530
                                       202-353-9895  / FAX 202-514-8780