UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS

V.S                                                      CS 05-1344 GK

STATE DEPT FEDERAL CREDIT UNION

AND

STATE DEPT FEDERAL CREDIT UNION
    ET AL

MILITARY POLICE


CERTIFICATE OF SERVICE


I JOSEPH N. BRIGGS CERTIFY THAT A COPY OF SUMMONS AND COMPLAINT WAS MAILED CERTIFIED U.S. MAIL ON October 28, 2005 TO:

U.S. ATTORNEY GENERAL
D.O.J
950 PENNSYLVANIA AVE N.W.
WASHINGTON DC 20530

U.S. ATTORNEY D.O.J
501 3RD ST NW.
WASHINGTON DC 20001


DECEMBER 28, 2005

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph N. Briggs
3415 JOANN DR
WINDSOR MILL MD 21244-2922
410-961-5158

CS No 05-1344 GK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Gen
D.O.J.
950 Pennsylvania
N.W.
Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 02 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0000 1943 8737

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage: $ 31
Certified Fee: 230
Return Receipt Fee (Endorsement Required): 175
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 4.62

Postmark Here

Sent To: US Attorney
Street, Apt. No.; or PO Box No.: 501 3rd St N.W.
City, State, ZIP+4: Washington DC 20001

7005 0390 0000 1943 8720

PS Form 3800, June 2002    See Reverse for Instructions

Direct Query - Intranet  Page 1 of 1

# Track/Confirm - Intranet Item Inquiry
## Item Number: 7005 0390 0000 1943 8720

**This item was delivered on 11/03/2005 at 10:45**

Cs No 05-1344 GK



Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/imageView.do                                   12/14/2005