UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph N. Briggs, | ) |
| Plaintiff, | ) Civil Action No. 05-1344(GK) |
| v. | ) |
| STATE DEP'T FED CREDIT UNION et. al, | ) |
| Defendants. | ) |

## CERTIFICATION

I, Kenneth L. Wainstein, United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in Briggs v. State Dep't Fed Credit Union *et al*. On the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendants Staff Sergeant Scherill Crowley and Staff Sergeant John Dunlap were each acting within the scope of his or her employment as employees of the United States at the time of the alleged incidents.

January 3, 2006

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney