IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON, D.C.

| | |
|---|---|
| JOSEPH N. BRIGGS, ) | |
| ) Case Number: 1:05CV01344 | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE DEPARTMENT FEDERAL CREDIT ) | |
| UNION; CYNTHIA CHAMBERLYN; ) | |
| STAFF SGT CROWLEY, ) | |
| ) | |
| Defendants. ) | |

DECLARATION

I, Joseph H. Rouse, declare as follows:

1. The undersigned is presently and has been at all times since August 1, 1967, Chief and since August 1987, Deputy Chief of Tort Claims Division, U.S. Army Claims Service, Fort Meade, Maryland. In this capacity I receive all claims against the Army in the amount in excess of $50,000. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes arising from the acts or omission of members or employees of the active Army, Army National Guard and Department of Defense.

2. A thorough search of all records and files available to this Service since 1988 has found that no administrative claim was filed by Joseph N. Briggs under the above-mentioned statutes.

1

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

JOSEPH H. ROUSE
Deputy Chief, Tort Claims Division
U.S. Army Claims Service
Office of The Judge Advocate General
4411 Llewellyn Avenue
Fort Meade, MD 20755-5360
(301) 677-7009, ext. 212

Executed this the 8th day of September, 2005, at Fort Meade, Maryland.

2