UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH N. BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE DEPARTMENT FEDERAL<br>CREDIT UNION, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1344 (GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record**:

Please enter the appearance of the following as counsel for Defendant State Department Federal Credit Union ("SDFCU") in the above-captioned case:

> Lawrence B. Bernard, Esquire
> (D.C. Bar No. 181636)
> VENABLE LLP
> 575 7th Street, N.W.
> Washington, D.C. 20004
> Telephone: (202) 344-4854
> Facsimile: (202) 344-8300
> E-mail: lbbernard@venable.com

By entering this appearance, SDFCU does not waive its objections to Plaintiff's failure to effect service of process on SDFCU.

#713103/DC2
042956-199225

Respectfully submitted,

*/s/ Lawrence B. Bernard*
Lawrence B. Bernard (D.C. Bar No. 181636)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4854
Facsimile: (202) 344-8300
E-mail: lbbernard@venable.com

***Counsel for Defendant***
***State Department Federal Credit Union***

Date: January 9, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2006, a true and complete copy of the foregoing *Notice of Entry of Appearance* was served by the Court's DCD/ECF electronic filing system pursuant to LCvR 5.4(d)(1) on:

> Kevin K. Robitaille, Esquire
> Special Assistant U.S. Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> ***Counsel for Defendants Staff Sergeant Crowley, Military Police and Staff Sergeant Dunlap, Military Police***

and by first-class mail, postage pre-paid on:

> Mr. Joseph N. Briggs (*pro se*)
> 3415 Joann Drive
> Windsor Mills, MD  212440-2922

_____
Teresa E. Huguley

#705642/DC2
042956-199225