## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH N. BRIGGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1344 (GK)** |
| ) | |
| **STATE DEPARTMENT FEDERAL** ) | |
| **CREDIT UNION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT STATE DEPARTMENT FEDERAL CREDIT UNION'S
## MOTION TO DISMISS

Defendant State Department Federal Credit Union ("SDFCU") hereby respectfully requests that this Court enter and order dismissing the Plaintiff's claims against it with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5) for failure to effect proper service of process on SDFCU within 120 days of filing his complaint or in the alternative pursuant to Rule 12(b)(6) for failure to state a claim against SDFCU for which relief may be granted. This motion should be granted for the reasons stated in the accompanying memorandum of point and authorities.

Respectfully submitted,

Lawrence B. Bernard  (D.C. Bar No. 181636)
Michelle L. Patail (D.C. Bar No. 494633)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4854
Facsimile:  (202) 344-8300

**Counsel for Defendant**
**State Department Federal Credit Union**

Dated:   January 9, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January 2006, a true and complete copy of

the foregoing *Defendant State Department Federal Credit Union's Motion to Dismiss,*

*Memorandum of Points and Authorities in Support thereof, and proposed Order* was served by

the Court's DCD/ECF electronic filing system pursuant to LCvR 5.4(d)(1) on:

> Kevin K. Robitaille, Esquire
> Special Assistant U.S. Attorney
> 555 4th Street, N.W.
> Washington, D.C.  20530
>
> ***Counsel for Defendants Staff Sergeant Crowley, Military Police and Staff Sergeant Dunlap, Military Police***

and by first-class mail, postage pre-paid on:

> Mr. Joseph N. Briggs  (***pro se***)
> 3415 Joann Drive
> Windsor Mills, MD  212440-2922

Teresa E. Huguley