UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH N. BRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1344 (GK) |
| ) | |
| STATE DEPARTMENT FEDERAL ) | |
| CREDIT UNION, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT STATE DEPARTMENT FEDERAL CREDIT UNION'S
<u>MOTION TO DISMISS</u>**

Upon consideration of the Motion of Defendant State Department Federal Credit Union ("SDFCU") to dismiss the Complaint with prejudice and it appearing that SDFCU has shown good cause, it is this _____ day of _____ 2006, hereby

ORDERED that the SDFCU's Motion is hereby GRANTED; and it is

FURTHER ORDERED that the Complaint against SDFCU be dismissed with prejudice.

IT IS SO ORDERED.

_____
Gladys Kessler, JUDGE
UNITED STATES DISTRICT COURT

#705648/DC2
042956-199225

**copies to:**

Mr. Joseph N. Briggs  (*pro se*)
3415 Joann Drive
Windsor Mills, MD  212440-2922


Lawrence B. Bernard, Esquire
Michelle L. Patail, Esquire
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601


Kevin K. Robitaille, Esquire
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530

#705648/DC2
042956-199225

-2-