UNITED STATES DISTRICT COURT
District of Columbia

Joslon N. Briggs

v.s.                                      C/A No 05-1344 GK

State Dept Federal Credit Union
et al

Motion To Proceed

This matter before the court motioning to court to rule on defendants motion to dismiss.

Defendants wrote a number of reasons why the government should not be liable for the actions of its employees.

I'm not going to waste a lot of paper to tell the court why relief should be granted.

1) I've already been screened an allowed entry.
2) Crowly or Dunlap asked for identification before or after the arrest.
3) Reasonable suspicion is only an excuse to violate the law.
4) Probable cause is a matter of law and the reason for suspicion.
5) This is the claim for damages.
6) I'm also a military man.

Conclusion

Simply said with my military history I have no problem following any order or abiding by the rules

RECEIVED
JAN 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia

Joseph N. Briggs

vs.                                    05-1344GK

State Dept. Federal Credit Union
et al

of any government installation.

Dunlap interrupted my business at that office.

They became indignant when I wouldn't cooperate with Army Intelligence, fact is I already told her I was doing business at the Credit Union.

After the strip search and killing I was issued a citation for trespassing an escorted off of the base.

Us as African Americans get that kind of treatment from the little white bastards with badges all over America, no matter what our status is in society.

Therefore for the foregoing reason listed relief should be granted on Plaintiffs behalf.

January 14, 2006

Joseph N. Briggs
3415 Joanna Dr
Windsor Mill MD 21244
410-961-5158

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Joseph N. Briggs
  V.S.                                C/A No 05-1344GK
State Dept Federal Credit Union.

CERTIFICATE OF SERVICE

I, Joseph N Briggs, Certify that a copy of this Motion was Mailed via First Class Postage on January 17, 2006.

To.

U.S. Attorney's Office
District of Colombia
555 Fourth St. N.W.
Washington D.C. 20530

U.S. Attorney General
Dept of Justice
950 Pennsylvania Ave N.W.
Washington D.C. 20530

*Joseph N Briggs* (signature)