1 OF 2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS
V.S.                                                    No 05-1344 GK
STATE DEPT FEDERAL CREDIT UNION
ET AL

PLAINTIFFS REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFF MOTION TO PROCEED AND MEMORANDUM IN SUPPORT OF PLAINTIFFS MOTION

THIS MATTER AGAIN BEFORE THE COURT IN A MEMORANDUM DATED JANUARY 23, 2006, BY DEFENDANTS CONTENDING LACK OF JURISDICTION AND SCOPE OF U.S. GOVERNMENT EMPLOYEES OFFICE.

ARGUMENT

1) THE SCOPE OF U.S. GOVERNMENT EMPLOYEES OFFICE IS NO BEING QUESTION.

2) DID THE U.S. GOVERNMENT EMPLOYEES USE THEIR OFFICE TO INTIMIDATE PLAINTIFF

3) DID U.S. GOVERNMENT EMPLOYEES GO BEYOND THE SCOPE OF THEIR OFFICE WHEN FORCE WAS USED, WHEN PLAINTIFF EXERCISE HIS CONSTITUTIONAL RIGHT TO SILENCE TO AVOID INCRIMINATION

4) THE COURT ALONG WITH THE U.S. ATTORNEY WILL BE SERVED AN INITIAL COPY OF PLAINTIFF MEDICAL RECORD ENDING DECEMBER 31, 2004 AND AGAIN BEGINNING (2) DAY'S AFTER THIS INCIDENT AND CONTINUING THROUGH 2005

5) BASIS FOR JURISDICTION IS CHALLENGED AND ESTABLISHED BY THE U.S. GOVERNMENT 'ONCE ON THE PROPERTY OF THE U.S.

RECEIVED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS

V.S.                                             05-1344 GK

STATE DEPT FEDERAL CREDIT UNION
ET AL

GOVERNMENT, CONFRONTED BY EMPLOYEES OF THE U.S. GOVERNMENT
ACTS OCCUR BEYOND THE SCOPE OF THOSE EMPLOYEES, THEN
SOVEREIGN IMMUNITY IS CLEARLY CHALLENGED, THEN THE U.S. DISTRICT
COURT HAS JURISDICTION.

 PLAINTIFF PRAY THIS HONORABLE
COURT GRANT RELIEF IN THE ABOVE CAPTIONED MATTER
FOR THE FOREGOING REASONS.

JANUARY 26, 2006

                                   JOSEPH N. BRIGGS
                                   3415 JOANN DR
                                   WINDSOR MILL MD
                                   21244-2921
                                   410-961-5158

1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

Joseph N. Briggs

v.s.                                                05-1344-GK

State Dept Federal Credit Union

et al

## CERTIFICATE OF SERVICE

I, Joseph N. Briggs, certify that copy of this Opposition to Defendants Motion to Dismiss dated January 23, 2006 was mailed prepaid via first class mail on January 27, 2006 to:

U.S. Attorney
Dept of Justice
555 4th St NW
Washington D.C. 20001

U.S. Attorney General
Dept of Justice
950 Pennsylvania Ave N.W.
Washington DC 20530

*[signature]*