UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH N. BRIGGS, <br><br> Plaintiff, <br><br> v. <br><br> STATE DEPARTMENT FEDERAL CREDIT UNION, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1344 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT STATE DEPARTMENT FEDERAL CREDIT UNION'S STATEMENT OF THE CASE

Pursuant to this Court's January 17, 2006 order setting an initial scheduling conference on February 9, 2006 at 9:30 a.m., the State Department Federal Credit Union ("SDFCU") submits this brief statement of the case. For the reasons set forth in SDFCU's Motion to Dismiss and Memorandum of Points and Authorities in support of the Motion, filed on January 9, 2006, SDFCU should be dismissed from this lawsuit because it has not yet been properly served with process. In the alternative, SDFCU should be dismissed because the Plaintiff's complaint fails to state a claim against SDFCU. The Complaint is completely devoid of any allegation that the SDFCU caused the injury for which Plaintiff seeks relief, or any other actionable injury for that matter. To date, Plaintiff has not filed an opposition to SDFCU's Motion. Because SDFCU has not been properly served with process, it did not attempt to meet and confer with Plaintiff to address the topics listed in local rule 16.3. By submitting this report and attending the February 9, 2006 status hearing, SDFCU does not waive its objections to this Court's jurisdiction based on Plaintiff's failure to effect proper service of process on SDFCU. Below is SDFCU's statement of the case as required by this Court's January 17, 2006 Order:

**Procedural history.** SDFCU is a federal credit union chartered to provide financial services to current and former State Department employees and Military personnel. On July 6, 2005, Briggs acting *pro se* filed a complaint against the SDFCU, and Military Police Officers Staff Sergeant Crowley and Staff Sergeant Dunlap alleging that he sustained physical injuries after he was arrested at SDFCU's branch office at Fort McNair and detained by the Military Police ("MP"). Briggs failed to effect service of process against SDFCU in accordance with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

On October 19, 2005, this Court issued an order denying Briggs' request for a default judgment because he did not effect proper service of process on the Defendants. The Court instructed Briggs "to review the Federal Rules of Civil Procedure, especially Rules 3 through 6" and "to maintain proper respect and civility in his future communications with this Court and its personnel." Despite this admonishment, it does not appear that Plaintiff ever obtained a summons directed to SDFCU from this Court.

**Briggs' Complaint.** The Complaint alleges that on January 19, 2005, Plaintiff went to the Fort McNair Branch of the SDFCU to inquire about an account for which he received a default notice. Plaintiff alleges that at some point during his visit, he was arrested by the Military Police and detained at the MP's offices. Plaintiff alleges that the Defendants Crowley and Dunlap kicked him four times on the right leg while he was in the MP's office. Plaintiff further alleges that after the MPs kicked him, he formed a blood clot and his leg swelled which, in turn, caused him to incur permanent tissue damage. The only injury claimed by Plaintiff in the Complaint is the physical injuries he incurred as a result of the MPs alleged conduct. In

addition to SDFCU's motion to dismiss, the government filed a motion to dismiss which is also pending.

Respectfully submitted,

__/s/ Michelle L. Patail_____
Lawrence B. Bernard  (D.C. Bar No. 181636)
Michelle L. Patail (D.C. Bar No. 494633)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 344-4854
Facsimile:  (202) 344-8300

*Counsel for Defendant*
*State Department Federal Credit Union*

Dated:   February 6, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2006, a true and complete copy of the foregoing *Defendant State Department Federal Credit Union's Statement of the Case* was served by first class mail, postage prepaid, and by email on:

> Kevin K. Robitaille, Esquire
> Special Assistant U.S. Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> ***Counsel for Defendants Staff Sergeant Crowley, Military Police and Staff Sergeant Dunlap, Military Police***

and by first-class mail, postage prepaid, on:

> Mr. Joseph N. Briggs  (*pro se*)
> 3415 Joann Drive
> Windsor Mills, MD  212440-2922

_____/s/ Michelle L. Patail_____