UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS

V.S.                                    05-1344 GK

STATE DEPT FEDERAL CREDIT UNION


MOTION FOR JUDGEMENT BY DEFAULT

This motion again before, from same motion filed January 10, 2006, entered against both parties, rejected due to motion to dismiss filed on behalf of parties of the second part.

Plaintiff again petition this court to enter a decision against parties of the first part, due to untimely response, through a copy of original motion for judgement by default was mailed via first class postage to all parties served notice via certified mail November 03, 2005.


January 28, 2006


CERTIFICATE OF SERVICE

I, Joseph N. Briggs, certify that a copy of the motion was mailed via first class postage on January 30, 2006 to:

US Attorney General
Dept of Justice
950 Pennsylvania Ave N.W.
Washington D.C. 20530

RECEIVED
FEB 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia

Joseph N. Briggs

v.s.                                    05-1344 GK

State Dept Federal Credit Union


U.S. Attorney
Dept of Justice
555 4th St N.W.
Washington D.C. 20001


*[signature]*

Joseph N. Briggs
3415 Joann Dr
Windsor Mill MD 21244-2922
410-961-5158