UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Joseph N. Briggs,<br><br>   Plaintiff,<br><br>  v.<br><br>STATE DEP'T FED CREDIT UNION<br>et. al,<br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 05-1344(GK)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.3 REPORT

  Pursuant to Fed. R. Civ. P. 26 and Local Rule 16.3, the parties held a telephonic conference on February 3, 2006 to discuss matters listed in Rule 16.3(c). Present were Plaintiff and Kevin Robitaille on behalf of Defendant United States.[1] The parties discussed and resolved the following:

**Brief Statement of the Case, Statutory Basis for Causes of Action and Defenses.**

  Plaintiff, proceeding pro se, alleges that two military policemen arrested him without reason and kicked him during the course of that arrest. Defendant denies liability.

  1. Dispositive Motion.

  Defendant filed a dispositive motion on January 3, 2006 and Plaintiff filed his opposition on January 17, 2006. The parties agree that discovery should await the resolution of Defendant's Motion to Dismiss.

  2. Amendments, Joinder Issues.

  The parties agree that any amendments to the pleadings should be made and any additional parties should be added by March 1, 2006. The parties also agree that, at this time, it is still too early in the proceedings for stipulations as to factual allegations and legal issues

  3. Magistrate Judge.

---

[1] Defendant State Department Federal Credit Union was contacted but elected not to participate

Both parties agree that this case should not be assigned to a Magistrate Judge.

4. Settlement.

Settlement may be a possibility. It is too early to evaluate settlement prospects.

5. ADR

The parties agree that, while it is still too early in the case for them to benefit from alternative dispute resolution, they are open to facilitating ADR in the future should circumstances change.

6. Resolution by Summary Judgment.

Defendant believes that summary judgment may be appropriate in this case.

7. Rule 26(a)(1) disclosures.

The parties agree that initial disclosures as required by Fed. R. Civ. P. 26(a) shall be exchanged no later than 30 days after a decision on the pending motion to dismiss.

8. Discovery.

The parties propose an approximate four-month discovery period.

The parties agree that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure should apply except as otherwise indicated in this report. Protective orders are anticipated only to the degree necessary to comply with Privacy Act requirements pertaining to third parties.

9. Experts.

Experts may be necessary. The parties propose that Proponent Rule 26(a)(2)(B) reports be thirty days after the close of discovery and that Opponent reports be due by Forty five days thereafter.

10. Class Action.

This case is not a class action.

11. Bifurcation or management of trial or discovery.

The Parties do not anticipate the need for a bifurcated trial or managing in stages in this case.

12. Pretrial Conference.

The Parties propose that the date for the pretrial conference be set following the close of discovery and resolution of any dispositive motion.

13. The Parties propose that the trial date be set at the pre-trial conference.

14. Such other matters that the Parties believe may be appropriate for inclusion in a scheduling order.

The Parties are not aware of any additional matters.

Respectfully submitted[2],

_____/s_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____/s_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

---

[2] Defendant files this report for both parties with plaintiff's consent

## CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing rule 16.3 meet and confer statement to be served by first class mail upon pro se plaintiffs at:

JOSEPH N. BRIGGS
3415 Joann Drive
Windsor Mills, MD 21244-2922


on this 6th day of February 2006.

 

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
 (202) 353-9895