UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joseph N. Briggs, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1344(GK) |
| ) | |
| v. ) | |
| ) | |
| STATE DEP'T FED CREDIT UNION ) | |
| et. al, ) | |
| Defendants. ) | |
| ) | |

### Statement of the Case

Pursuant to this Court's January 17, 2006 order, defendant United States, substituted for SSG Scherill Crowley and Staff Sergeant John Dunlap submits this statement of the case.

**Brief Statement of the Case, Statutory Basis for Causes of Action and Defenses.**

Plaintiff, proceeding pro se, alleges that two military policemen arrested him without reason and kicked him during the course of that arrest. Plaintiff has not identified a statutory basis for his claim, a basis for this Court's Jurisdiction, nor a waiver of the Government's Sovereign Immunity.

Statutory Basis For Defenses:

The Government relies on the Federal Employees Liability Reform and Tort Compensation Act of 1988, commonly known as the Westfall Act, 28 U.S.C. Sec. 2679(d) (2000) for the absolute immunity of its employees acting within the scope of their employment to all common law tort liability. The United States Attorney for the District of Columbia, pursuant to his delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that SSG Scherill Crowley and Staff Sergeant John Dunlap were acting within the scope of their respective offices or employment at the time of the alleged incident. Plaintiff has not offered any evidence to rebut the presumption that this certification is correct. As such, the United States is properly substituted as defendant.

While the burden is on the plaintiff to plead and prove a waiver of sovereign immunity,

the United States relies on the limitation of the waiver of sovereign immunity found in the Federal Tort Claims Act (FTCA) 28 U.S.C. §§ 2671-2680. The FTCA requires a plaintiff to exhaust his or her administrative remedies before filing suit. Plaintiff has not done so and thus jurisdiction in this Court is improper.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

I certify I caused a copy of the foregoing statement of the case to be served by first class mail upon pro se plaintiffs at:

JOSEPH N. BRIGGS
3415 Joann Drive
Windsor Mills, MD 21244-2922

on this 6th day of February 2006.

                                              KEVIN K. ROBITAILLE
                                              Special Assistant U.S. Attorney
                                              555 4th Street, NW
                                              Washington, D.C. 20530
                                              (202) 353-9895