IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH N. BRIGGS,           )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>STATE DEPARTMENT FEDERAL     )<br>CREDIT UNION, et al.,        )<br>                             )<br>     Defendants.             )<br>                             ) | Civil Action No. 05-1344 (GK) |

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter the appearance of Michelle L. Patail as counsel in this case for Defendant State Department Federal Credit Union.

Date: February 7, 2006

                                                        /s/ Michelle L. Patail
                                               Michelle L. Patail, Esquire
                                               D.C. Bar No. 494633
                                               VENABLE LLP
                                               575 7th Street, N.W.
                                               Washington, D.C. 20004-1601
                                               Telephone: (202) 344-4352

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February 2006, a true and complete copy of the foregoing *Appearance* was served by the Court's electronic filing system on the following:

>Kevin K. Robitaille, Esquire
>Special Assistant U.S. Attorney
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>***Counsel for Defendants Staff Sergeant Crowley, Military Police and Staff Sergeant Dunlap, Military Police***

and by first-class mail, postage prepaid, on:

>Mr. Joseph N. Briggs  (***pro se***)
>3415 Joann Drive
>Windsor Mills, MD  212440-2922

_____/s/ Michelle L. Patail_____