United States District Court
District Of Columbia

Joseph N. Briggs

V. S.                                    Case No. 05-1344-GK

State Dept Federal Credit Union


Documents In Support Of Plaintiffs
Motion To Proceed



Certificate Of Service

I, Joseph N. Briggs, Certify That A Copy Of Each
Set Of Documents Marked A Thru D In Support
Of Plaintiffs Motion Was Mailed Via First Class
Postage On February 04 2006:

To
U.S. Attorney
Dept Of Justice
555 4th St N.W.
Washington DC 20001


February 04 2006                    Joseph N. Briggs
                                    3415 JoAnn Dr.
RECEIVED                            Windsor Mill MD 21244-292

FEB 6 2006                          410-961-5158

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


Leave to file granted - J Kessler - 2/8/06

*Documents Relevant To U.S. District Court Case 05-1344-GK*

## ALLEGHANY MEMORIAL HOSPITAL

SPARTA, NORTH CAROLINA 28675    *A*

### RADIOLOGY REPORT

| | | | |
|---|---|---|---|
| Name: | BRIGGS JOSEPH | Patient Number: | 571702 |
| Date of Birth: | 12/06/1949 | Ordering Physician: | CALHOUN RI |
| Patient Age: | 55 | Patient Sex: | M |
| Admit Date: | 01/01/05 | Discharge Date: | 01/01/05 |
| Patient Xray #: | 49356 | F/C: | P |
| Stay Type: | ER | Patient MR#: | 571702 |
| Patient Room #: | | Patient Phone #: | 443/797/2142 |
| Location: | | Transcribed By: | RL |
| Transcr Time: | 12:14 | Transcribed Date: | 1/03/05 |

***Unsigned transcriptions are preliminary reports and do not represent a
Medical or Legal document***

=>XRAY ORDER<=          COMPLETE:01/01/05  3:27  FJP 69206
REASON FOR PROCEDURES: MVC
CERVICAL SPINE COMPLETE INC O 72052    COMPLETE:01/01/05  3:28  FJP 69208

CERVICAL SPINE:

HISTORY: MVC.

FINDINGS: Straightening of the normal cervical lordosis. No detectable fractures. No traumatic subluxation. Paravertebral soft tissues are of normal thickness.

ASSESSMENT: No acute findings detected.

Scott Vermillion, M.D./rl
D:1/2/2005

*MEDICAL RECORDS
EVIDENCE A THRU D)*

Physician Notes                                    Chart by exception. Circle positive responses - fine print. A backslash ( \ ) indicates a pertinent negative

| | |
|---|---|
| ALLEGHANY MEMORIAL | Patient: BRIGGS, JOSEPH N |
| 233 DOCTORS STREET | Triage Date: January 1, 2005 |
| SPARTA, NC 28675 | DOB: December 6, 1949          Sex: Male |
| 336-372-5511 | Med Rec#: 571702              Age: 55 yr |
| | Account#: 571702 |

(gu)  Genitourinary symptoms:    None / Dysuria / Hematuria / Urethral discharge / Penis lesions / R__L__Testicle: pain mass_____cm /
       Other significant ROS:     All systems otherwise neg /

**Past Medical History**

       MVA pertinent hx:          None / HIV / Prior Fx(s) / Neck Injury / Back surg /
       Other med or surg hx:      None / See dict / See med rec dated _____/

**Social History**

       Social concerns:           None / Neglect / Abuse / Living situation /
       Habits:                    None / ETOH: none occ reg amt_____ per day wk / Tobacco: none occ reg __ ppd x ____ yrs /
                                  Marijuana / Cocaine / Heroin / Amphetamines /

**Examination**        Limited by:

| | | | |
|---|---|---|---|
| (con) | Gen | General appearance: | Normal / Mild distress / Mod distress / Sev distress / |
| (int) | | Skin appearance: | Normal / Pale / Jaundice / Cyanotic / Mottled / Diaphoretic / Asher / |
| (ent) | Head | ENT exam: | Normal / R__L__ Ext. ear: abras. lac(s) / R__L__ TM perforation / R__L__ Nasal: abras. lac(s) / |
| (ent) | | | R__L__ Naris: bleed lac(s) / R__L__ Mouth lac(s) / Tooth #____: loose fx avulsion / Absent gag / |
| (eye) | | Eye exam: | Normal / PERRL / Abnl EOM / R__L__ Lid: abras. lac / R__L__ Conj: bleed lac / R__L__ Corneal: abras. FB / |
| (eye) | | | Abnl pupil: R_____/ R__L__ Globe lac(s) / R__L__ Papilledema / |
| (int) | | Scalp exam: | Normal / R / L / Occipital / Parietal / Temporal / Frontal / Erythema / Bruises / Swelling / Tenderness / |
| (ms) | Neck | Neck exam: | Normal / Supple / Tenderness / Mass / Stiffness / Painful ROM / Immobilized / |
| (cv) | Chest | Heart auscultation: | Normal / Reg rate & rhythm / Bradycardia / Tachycardia / Extra beats / Irregular / S3 / S4 / |
| (cv) | | | Syst mur_____/6 at _____, rad to _____ / Dias mur _____/6 at _____, rad to _____ / |
| (ms) | | Chest tenderness: | None / 1 2 3 4 + / Subcutaneous emphysema / Rib fx / R / L / Ant / Post / Superior / Mid / Inferior / |
| (res) | | Lung auscultation: | Normal / Clear / Diminished _____ / Rhonchi: insp exp _____ / Rales: coarse fine insp exp _____ / |
| (res) | | | Wheezes: insp exp _____ / Stridor: insp exp / Pleural rub: insp exp _____ / |
| (gi) | Abd | Abdominal exam: | Normal / Soft / Scars_____ / Distention / Abnl bowel sounds_____ / Tenderness_____ |
| (gi) | | | Guarding _____ / Rebound _____ / Hepatomegaly _____ / Splenomegaly _____ / Mass _____ / |
| (ms) | Back | Back exam: | Normal / R / L / Thoracic / Lumbar / CVA / Ecchymosis / Abrasion(s) / Tenderness / |
| (ms) | Ext | Extremity exam: | Normal / R / L / Hand / Arm / Foot / Ankle / Lower leg / Thigh / Tenderness / Swelling / Edema ____ + / |
| (ent) | Neuro | Face & jaw exam: | Normal / R__L__ Zygoma deformity / R__L__ Mandible deformity / Abnormal bite / Midface instability / |
| (neu) | | Neurological exam: | Normal / Alert / O x _____ / Decr LOC / Cognitive dysfunction / Abnl CNS II - XII / Aphasia - Dysartria / |
| (neu) | | | Motor weakness / Sensory deficit / Abnl cerebellar tests / Abnl Gait / |
| (psy) | Psych | Affect & behavior: | Appropriate / Flat / Depressed / Anxious / Agitated / Uncooperative / Combative / |

Other _____

YNX Medical Systems Inc. copyright 2001

BRIGGS, JOSEPH (55 - 75 yr M) Minor Major Vehicle Accident

Physician Notes

Out by exception. Circle positive responses - find A backslash ( \ ) indicates a pertinent negative

**ALLEGHANY MEMORIAL**
**233 DOCTORS STREET**
**SPARTA, NC 28675**
**336-372-5511**

Patient: BRIGGS, JOSEPH N
Triage Date: January 1, 2005
DOB: December 6, 1949          Sex: Male
Med Rec#: 571702              Age: 55 yr
Account#: 571702

| | |
|---|---|
| Chief Complaint | 1. Minor Motor Vehicle Accident |
| Basic Information | Hx source: (Pt) / Family / Interpreter     Time seen: _133PM_     Ambulance: BLS / ALS    Police |
| Vital signs: | Per nurse notes / Normal / Except / T____ / P____ / R____ / BP____ / O2 sat____ / |
| Medications: | Unknown / None / (Per nurse notes) / Per list / |
| Allergies - Intolerances: | Unknown / NKMA / Substances per nursing notes / Reactions per nursing notes / |
| Immunizations: | Per nurse notes / Influenza / Pneumococcal / Tetanus:  < 5 yrs  5 - 10 yrs  >10 yrs  never / |
| History limitation: | (None) / Clinical condition / Physical impairment / Language barrier / |

**History of Present Illness** _55yo who hit tree - blew Rt front tire - Restrained driver. c/o Neck pain - Air bags came out. Going 40-50mph._

**Duration/Timing**
(ms)  MVA occurrence:      Unknown / _1_ mins (hrs) days  wks  mos (PTA) Date _____  Time _____
(ms)  Pain onset:          Unknown / (Immediate) / Gradual /
(ms)  Pain course:         Unknown / Resolved / Decreasing / (Constant) / Increasing / Episodic / Waxing & waning /

**Location**
(ms)  Pain location:       None / Head / (Neck) / Chest / Back / Abdomen / R_L_ Arm / R_L_ Hand / R_L_ Leg / R_L_ Foot /
(hem) Bleeding location:   (None) / Head / Neck / Chest / Back / Abdomen / R_L_ Arm / R_L_ Hand / R_L_ Leg / R_L_ Foot /
(int) Laceration(s) location: (None) / Head / Neck / Chest / Back / Abdomen / R_L_ Arm / R_L_ Hand / R_L_ Leg / R_L_ Foot /

**Quality/Severity**
(neu) Headache degree:     (None) / Mild / Mod / Sev /
(ms)  Other pain degree:   (None) / Mild / Mod / Severe /
(hem) Bleeding degree:     (None) / Min / Mod / Sev /

**Associated Signs and Symptoms**
(con) Loss of consciousness: (None) / Unsure / Dazed / Momentarily / _____ secs  mins / Still unconscious /
(con) Other constitutional symptoms: (None) / Chills / Malaise / Gen weakness / Decreased LOC /
(cv)  Other cardiovascular symptoms: (None) / Palpitations / Tachycardia / Syncope /
(res) Respiratory symptoms: (None) / Shortness of breath / Orthopnea / Cough / Wheezing / Stridor /
(gi)  Other gastrointestinal symptoms: (None) / Diff swallowing / Diarrhea / Constipation / Hematochezia / Melena / Pain /
                           Constipation / Hematochezia / Melena /
(neu) Neurologic symptoms: (None) / Cognitive dysfunction / R_L_ Hearing loss / Tinnitus / R_L_ Vision loss / Diplopia /
(neu)                      Aphasia - Dysarthria / Specific weakness / Paresthesias / Ataxia / Seizure /

**Modifying Factors**
(ms)  Pain mitigating:     (None) / Rest / Ice / Immobilization / Analgesics /
(ms)  Pain exacerbating:   (None) / Movement / Jarring /

**Context**
(ms)  MVA description:     Unknown / Speed _Alone_ mph / Roll over / Impact: R L front back side / Broken: st_wheel  w_shield /
(ms)  Patient location in vehicle: Unknown / (Driver) / Passenger: R Mid L front back /
(ms)  Restraints:          None / (Lap belt) / Shoulder harness / (Air bag) /
(con) Intoxication:        (None) / Suspected / ETOH / Marijuana / Cocaine / Amphetamines /
(ms)  Existing injuries prior to trauma: (None) / As above / Describe /
(con) Prior treatment:     (None) / OTC meds / Prescription meds / Splint / C-collar / Backboard / MD office visit / EMS /
(ms)  Location where accident occurred: Unknown / Home / Work / Private property / (Government property) / _Park Hwy_

| | |
|---|---|
| **Review of Systems** | (Additional systems in HPI) |
| (eye) Eye symptoms: | (None) / R / L / Pain / Eyelid inflammation / Conjunctival inflammation / Vision change / |
| (ent) ENT symptoms: | (None) / R_L_ Ear: pain  disch / Nose: congestion  disch  bleed / Mouth: pain  swelling / Throat: pain  swelling / |

LYNX Medical Systems, Inc.   copyright 2001

DOCUMENTS RELEVANT TO U.S. DISTRICT COURT CASE 05.1344.GK

Printed: 02/04/2005 08:53

# MISSION HOSPITALS ED TRIAGE FORM

Page: 1

| NAME:<br>**BRIGGS, JOSEPH** | ACCOMPANIED BY:<br>**Self** | PMD:<br>michaels | MOA:<br>Walk | BED TYPE:<br>**B Side** | RM# |
|---|---|---|---|---|---|

| ARRIVAL<br>02/04/2005<br>08:47 | CHIEF COMPLAINT<br>rt leg pain | | ACUITY<br>**Urgent** | PRE-HOSPITAL: | | | |

| TRIAGE TIME<br>**08:47** | TEMP<br>**98.7**<br>Oral | PULSE<br>**112** | RR<br>**20** | BP<br>**185/84** | PULSE OX<br>O2 FLOW RT<br>95 | WEIGHT<br>KG<br>109.09<br>Stated | LMP | GCS<br>TS<br>15 | CBG | MEDICATIONS:<br>See Second Page |

**ALLERGIES**
NKA

ASSOCIATED SYMPTOMS
pt seen here yesterday and left before treatment finished .pt states pain rt leg and swelling.

DV SUSPECTED:
No Violence/Abuse/Neglect Issues Identified at this time.

| PAIN:   Yes |
| LAST TETANUS |

MEDICAL HISTORY
MENTAL: Depression
ED MED: Other: none
SURG: Other: left hip surgery

TRIAGE INTERVENTION

TRIAGE STAFF
Cloutz, Kenneth R

| TIME IN ROOM: **0900** | TIME IN PHYSICIAN RACK: | PHYSICIAN TIME: | H&P TIME: |

PHYSICIAN ASSESSMENT:

PHYSICIAN ORDERS: ☐ Code Trauma/Trauma Alert Order Sheet     CONSULTANT:       TIME CALLED:       RETURN CALL:       ARRIVED:

| TIME | | | |
|---|---|---|---|
| 1. Lovenox 1 mg per kg | 6. | | |
| 2. = 100 mg SubQ and | 7. | | |
| 3. dispense & instruct on injection | 8. | | |
| 4. Give 1st dose here VO or Howard | 9. | | |
| 5. | 10. | | |

SIGN/INITIAL

PROVISIONAL DIAGNOSIS: DVT Rt leg

CONDITION ON DISCHARGE: ☐ GOOD  ☐ FAIR  ☐ SERIOUS  ☒ CRITICAL  ☐ EXPIRED

DISPOSITION/ROOM NUMBER:       ADMIT/TRANSFER DX:

REPORT CALLED TIME:       TO WHOM:

ED PHYSICIAN SIGNATURE:
OTHER ATTENDING PHYSICIAN SIGNATURE:

☒ Mission Campus
☐ St. Joseph's Campus

MSJ-02256-108-0103

**X**

**MISSION**
HOSPITALS

**Emergency Department Record**
MEDICAL RECORDS

02256-108

00-01-11-96-22  Mission
BRIGGS, JOSEPH
55Y MAD  242988385035
ADM 02/04/2005   DOB 12/06/1949
PHYS CMEM,

Printed: 02/04/2005 08:53

# MISSION HOSPITALS ED TRIAGE FORM

Page: 2

| NAME:<br>**BRIGGS, JOSEPH** | ACCOMPANIED BY:<br>**Self** | PMD:<br>**michaels** | MOA:<br>**Walk** | BED TYPE:<br>**B Side** | RM# |
|---|---|---|---|---|---|

| ARRIVAL<br>**02/04/2005**<br>**08:47** | CHIEF COMPLAINT<br>**rt leg pain** | ACUITY<br>**Urgent** | HOME MEDICATION DISPOSITION: | | |
|---|---|---|---|---|---|

| TRIAGE TIME | TEMP | PULSE | RR | BP | PULSE OX<br>O2 FLOW RT | WEIGHT<br>KG | LMP | GCS<br>TS | CBG |
|---|---|---|---|---|---|---|---|---|---|
| 08:47 | 98.7<br>Oral | 112 | 20 | 185/84 | 95 | 109.09<br>Stated | | 15 | |

| MEDICATION | DOSE | FREQUENCY |
|---|---|---|
| **B12** | **1 pill** | **Once a Day** |
| **Bayer asa** | **325mg** | **Once a Day** |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[x] Mission Campus
[ ] St. Joseph's Campus

MSJ-02256-108-0103

**X**





**Emergency
Department Record**
MEDICAL RECORDS



02256-108

00-01-11-96-22  Mission
BRIGGS, JOSEPH
55Y MAD  242988385035
ADM 02/04/2005  DOB 12/06/1949
PHYS CMEM,

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

## ER Report                                    BRIGGS, JOSEPH N - 00-01-11-96-22

| | |
|---|---|
| Result Type: | ER Report |
| Result Date: | February 03, 2005 16:14 |
| Result Status: | Auth (Verified) |
| Result Title: | ER Report |
| Performed By: | Helms MD [S], Mark E. on February 03, 2005 16:14 |
| Verified By: | McClure NP [S], Chris M on February 07, 2005 11:59 |
| Encounter info: | 242988385034, MSJ, Emergency, 02/03/05 - 02/03/05 |

### * Final Report *

**ER Report**
MEMORIAL MISSION HOSPITAL
A Member of Mission & St. Joseph's Health System


NAME:  BRIGGS, JOSEPH
MR#:   1119622


DICTATOR:  Christine McClure, FNP
VISIT#: 242988385034
PHYSICIAN:  Mark E. Helms, MD


ROOM#:  ER
VISIT DATE:   02/03/2005
ADMISSION DATE: 02/03/2005

CHIEF COMPLAINT
The patient is a 55-year-old male with right ankle swelling.

HISTORY OF PRESENT ILLNESS
The patient travels a lot on his business.  He tells me he originally 35 years ago injured his right ankle in Vietnam.  There was no fracture, but on December 31 he had an MVC.  He was seen in Sparta, North Carolina.  He had abrasion on the anterior surface of his right lower leg.  Two to three days later he noticed that this right lower leg was swelling.  He went to another ER in Maryland on January 11 and the same ER on January 20.  The first time on the 11th, after 5 hours of waiting, he left against medical advice (AMA).  On the 2nd visit, after 5 hours, he states he saw a pediatrician who was pulling ER call, and then he left without any further testing.  On January 20, the same day, in the same state of Maryland, he went to the VA Hospital ER who had an x-ray of his right ankle but no ultrasound.  Then, he was seen here in St. Joseph's ER on January 29.  He had an x-ray of his right ankle which showed diffuse soft tissue swelling. The patient left without signing any paperwork or AMA when he was seen here on the 29th.  The x-ray, which I pulled up, showed diffuse soft tissue swelling.  The patient states he has never had an ultrasound.

PAST MEDICAL AND SURGICAL HISTORY
Significant for depression, left hip surgery.  He does not have a history

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

## ER Report

BRIGGS, JOSEPH N - 00-01-11-96-22

of gout and no history of any blood clot.

CURRENT MEDICATIONS
The patient is on aspirin and B12.

ALLERGIES
None known.

SOCIAL HISTORY
The patient is unaccompanied. He does not have a primary care physician. He does not live here.

REVIEW OF SYSTEMS
PSYCHIATRIC: He is very anxious. He continues to talk on the phone. He can become very impatient and angry.

PHYSICAL EXAMINATION
VITAL SIGNS: Temperature 99.5 degrees, pulse 116, respirations 18, blood pressure 162/88. Pulse oximetry is 100% on room air. He weighs 109 kg.
GENERAL: This is a 55-year-old African American male. He is alert. He is very kinetic in his movements. He is easily to be made angry. He is very impatient.
HEENT: Unremarkable.
LUNGS: Clear. No evidence of rhonchi or wheezing.
HEART: He is slightly tachycardic, but I do not hear wheezing.
ABDOMEN: Protuberant but supple.
EXTREMITIES: Focal examination of the right lower leg reveals I am able to palpate the femoral pulse. He has significant swelling distal to the knee, and his calf is very swollen all the way down to his ankle, and his ankle has more swelling medially than laterally. I am able to palpate the DP pulse but not the PT pulse. He has edema in the pretibial area. Negative Homans' sign. At this time, he is ambulatory. He has no pain.
MUSCULOSKELETAL: Intact. Please refer to focal examination of the right lower leg.
NEUROLOGIC: Alert and oriented x3. CNs II-XII are grossly intact bilaterally. The patient is very kinetic in motion.

EMERGENCY ROOM COURSE
We did not repeat the ankle x-ray. We did an ultrasound of the right lower leg. The patient has a right popliteal thrombosis.

IMPRESSION
Right popliteal thrombosis.

PLAN
I went in to talk to the patient. He was talking about getting on a plane and leaving. I told him that he could not leave. He got very angry with me because I was telling him what to do, and I told him that he needs to make a decision because he has a blood clot in his leg, he needs to be admitted to the hospital, that there is a risk of loss of limb, death, pulmonary embolus to his lung. The patient

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

## ER Report                          BRIGGS, JOSEPH N - 00-01-11-96-22

decided to sign out AMA and stated he would be back tomorrow.  The patient
signed out AMA.


02/03/2005 16:14:29
Christine McClure, FNP
02/03/2005 17:58:48

Mark E. Helms, MD/ac/743683

cc:


MMH Emergency Dept


**Completed Action List:**
* Perform by Helms MD [S], Mark E. on February 03, 2005 16:14
* Transcribe by Dictaphone, Enterprise Express on February 03, 2005 18:11
* Sign by McClure NP [S], Chris M on February 07, 2005 11:59  February 07, 2005 11:59
* VERIFY by McClure NP [S], Chris M on February 07, 2005 11:59
* Sign by Helms MD [S], Mark E. on February 16, 2005 14:55  February 16, 2005 14:55

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

## US Extremity Ven W/Compres Uni Rt          BRIGGS, JOSEPH N - 00-01-11-96-22

| | |
|---|---|
| Result Type: | US Extremity Ven W/Compres Uni Rt |
| Result Date: | February 03, 2005 16:04 |
| Result Status: | Auth (Verified) |
| Performed By: | Ellis, Shannon on February 03, 2005 16:04 |
| Verified By: | Arendale MD [S], Stephen S. on February 04, 2005 07:06 |
| Encounter info: | 242988385034, MSJ, Emergency, 02/03/05 - 02/03/05 |

### * Final Report *

**Reason For Exam**
Joint Pain--Left Leg

**Findings**
**This facility is accredited by the Intersocietal Commission for the Accreditation of Vascular Laboratories.**

CLINICAL: Pain.

### RT LEG VENOUS ULTRASOUND:
Real time color flow Doppler images were obtained from the inguinal ligament to the mid calf. The patient has thrombosis in the popliteal vein. Even though there is some color flow around the thrombus, I am concerned that this represents and acute DVT. The veins proximal to the knee appear normal.

### IMPRESSION:
DVT in the popliteal vein extending distally.

TOD: 02/03/05 @ 1614          TOT: 02/03/05 bfc 1632

**Signature Line**
TOT:02/03/2005 16:32 BFC

Read by :Arendale MD [S], Stephen S.

Electronically Signed By:Stephen S. Arendale
Signed Date and Time: 02/04/2005 07:06
***************************Final*********************************

| | | |
|---|---|---|
| Printed by: | Kling, Evelyn G | |
| Printed on: | 04/19/05 09:32 | |

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

US Extremity Ven W/Compres Uni Rt          BRIGGS, JOSEPH N - 00-01-11-96-22

**Completed Action List:**
* Perform by Ellis, Shannon on February 03, 2005 16:04
* Order by Helms MD [S], Mark E. on February 03, 2005 15:16
* VERIFY by Arendale MD [S], Stephen S. on February 04, 2005 07:06

This document is the property of Mission Hospitals. The person who printed this document is responsible for its appropriate use and disposal in compliance with corporate policies and state and federal regulations. If you received this in error, please contact the Mission Privacy Officer at 828-213-1634.

## ER Report                                   BRIGGS, JOSEPH N - 00-01-11-96-22

LABORATORY DATA
Ultrasound that was obtained showed thrombus in the mid-portion of the popliteal vein.  According to the radiologist, this is an acute DVT.

IMPRESSION
Deep venous thrombosis in the right lower extremity.

PLAN
The patient will be started on Plavix and Lovenox.  I am not sure that he is reliable enough to use Lovenox.  The case will be discussed with PrimeDoc.

02/04/2005 09:27:15

02/04/2005 13:46:05

Thomas C. Howald, MD/eb/744051
cc:

SJH Emergency Dept

**Completed Action List:**
* Perform by Howald MD [S], Thomas C. on February 04, 2005 09:27
* Transcribe by Dictaphone, Enterprise Express on February 04, 2005 13:53
* Sign by Howald MD [S], Thomas C. on February 05, 2005 10:02   February 05, 2005 10:02
* VERIFY by Howald MD [S], Thomas C. on February 05, 2005 10:02

*Documents Relevant To U.S. District Court Case 05-1344 GK*

*C*

BROUGHTON HOSPITAL
Printed: Fri Mar 11, 2005 4:20 PM

**CHART Copy**

Name=BRIGGS,JOSEPH NATHAN
  DOB=12/06/1949      Age=55Y          Sex=M
Loc/Svc=/AA
**FINAL REPORT**
**DISCHARGE SUMMARY   DMH 1-20**

MRUN=1-05-63-72
Acct #=20624607
Admit Date=02/12/2005
Discharge Date=03/04/2005

===================================================================
DICTATED:   03/11/05          TRANSCRIBED: 03/11/05
ADMIT:      02/12/05          DISCHARGE:   03/04/05

**Identifying Information:**  Joseph Briggs is a 55 year old black male, a detainee from Buncombe County Jail, who was brought to Broughton Hospital on 2/12/05 on the criminal court order. This was his first admission.

**History of Present Illness:** Mr. Briggs is a 55 year old male, presenting as incompetent to proceed, possible House Bill 95 on charges of communicating threats. He is hostile, menacing, threatening, grandiose, believing that he has built all the buildings in Asheville, talks about the President and his powerful political influence. He is uncooperative, refusing medication, loud, hostile, cursing, uncooperative with interview. According to referral, he has not been eating in jail, poor self-care and not sleeping.

**History of Drug/Alcohol Use:** Unknown.

**Psychiatric History:** History of inpatient treatment at Baltimore VA Medical Center.

**Family Psychiatric History:** None.

Mental Status on Admission:
**Appearance**

**Dress/Grooming:** Poorly groomed, malodorous, soiled clothing.
**Notable Physical Characteristics:** Patient is a very large person.
**Eye Contact:** Poor.
**Other:**
**Attitude/General Behavior Toward Examiner and Situation:** Belligerent, threatening, uncooperative.

**Motor Behavior**

**Hyperactivity:** No.
**Hypoactivity:** No.
**Mannerisms:** Patient intrusive socially, standing too close for comfort.
**Other Abnormal Motor Behavior:** None.

Page 2

BROUGHTON HOSPITAL

CHART Copy
Name=BRIGGS,JOSEPH NATHAN                    MRUN=1-05-63-72
  DOB=12/06/1949       Age=55Y      Sex=M     Acct #=20624607
Loc/Svc=/AA                                   Admit Date=02/12/2005
**FINAL REPORT**                              Discharge Date=03/04/2005
**DISCHARGE SUMMARY   DMH 1-20**
================================================================================
Speech

**Intensity:** Increased volume.
**Speed:** Regular rate.
**Pressured:** Rambling.
**Spontaneity:** Excessive.
**Articulation:** Within normal limits.
**Pitch:** Full range.

**Cognition Orientation**
**Time:** Patient admits to believing that it is 2005, otherwise
uncooperative.
**Place:** He seems to recognize that he is in a Psych hospital.
**Person:** He knows who he is and that we are medical staff.
**Situation:** He seems to recognize that he is involuntarily committed to a
psychiatric facility.

**Attention:** Poor.

**Memory**
Uncooperative.
**Immediate:**

**Recent:**

**Remote:**

**Perception Perceptual Abnormalities:** Patient denies and does not seem to
be responding to internal stimuli.

**Thought Processes**

**Form:** Illogical, rambling.

**Stream:** Looseness of association.

**Content:** Grandiose and paranoid delusions with political subject matter.

**Suicidal Ideation, Intent, or Potential:** None.

**Homicidal Ideation, Intent, or Potential:** Patient denies, however he is
menacing and threatening.

BROUGHTON HOSPITAL

CHART Copy
Name=**BRIGGS,JOSEPH NATHAN**                     MRUN=1-05-63-72
  DOB=12/06/1949      Age=55Y        Sex=M        Acct #=20624607
Loc/Svc=/AA                                       Admit Date=02/12/2005
**FINAL REPORT**                                  Discharge Date=03/04/2005
**DISCHARGE SUMMARY   DMH 1-20**
===========================================================================

**Abstracting Abilities:** Fair.

**Intellectual Functioning:** Average.

**Affect:** Labile, irritable.

**Judgement/Insight:** Judgment poor, impulsive, poor harm avoidance, poor
impulse control/insight very poor, doesn't recognize that he has any
kind of psychiatric illness.

**Diagnostic Impression:**

**Axis I**    Rule out Bipolar I, mixed with psychotic features versus
schizoaffective disorder, bipolar type.

**Axis II**   Deferred.

**Axis III**  None.

**Axis IV**   Pending charges for communicating threats, has been living in
Baltimore and in North Carolina for unknown period of time.

**Axis V**    GAF 20.


**Physical Examination:** Physical examination was done by PA on admission
and revealed he had right lower leg edema and tenderness of neck and
bilateral tinea pedis. Vital signs showed a temperature 97.5, pulse 84,
respiration 18, blood pressure 138/88. He was 6'1" and weight 260 lbs.


**Laboratory Studies:** Urinalysis was unremarkable. Chem profile showed
albumin was below normal. CBC showed leukopenia with White blood cell
3,600. X-ray study of cervical spine showed straightening of cervical
spine but no evidence of fracture. Ultrasound of deep vein system of
right leg showed popliteal vein demonstrated incomplete compressibility
with thrombus with partial recanalization. Electrocardiogram was normal.

**Hospital Course:** He was admitted to ward 104L. Admitting physician
ordered Zyprexa Zydis 20 mg stat on admission and then 10 mg bid, Ativan
2 mg q6H prn for agitation.

Page 4

BROUGHTON HOSPITAL

CHART Copy

Name=BRIGGS,JOSEPH NATHAN                           MRUN=1-05-63-72
  DOB=12/06/1949      Age=55Y        Sex=M          Acct #=20624607
  Loc/Svc=/AA                                       Admit Date=02/12/2005
FINAL REPORT                                        Discharge Date=03/04/2005
DISCHARGE SUMMARY  DMH 1-20
==================================================================

On admission he was uncooperative, loud, verbally threatening, cursing and his speech was rambling and pressured. However, he was in general compliant with admission procedure. He refused to take his medication as prescribed. Therefore, after he was seen by Dr. Weed, Dr. Weed ordered Haldol 10 mg intramuscular stat with Cogentin 1 mg stat and Ativan 2 mg intramuscular. After that Zyprexa Zydis was increased to 15 mg bid po. He continued to be loud, demanding, uncooperative, verbally threatening but he was not physically violent. Frequently he refused to take his oral medication. Therefore he began to receive forced medication protocol with Geodon 10 mg intramuscular when he refused to take oral medication. In the evening of 2/14/05 he was transferred to ward 4. The next morning, when he was seen by treating psychiatrist, he was delusional, he was grandiose and he was not fully cooperative. Depakote and Abilify were added to his regimen to control his manic behavior and also 2/15/05 prn Seroquel 100 mg q6H was also added to his regimen and Ativan prn was discontinued. He refused to take Depakote and Abilify but he was agreeable to take Zyprexa. Therefore Abilify and Depakote were discontinued and he began to receive Zyprexa Zydis 20 mg bid. Frequently he required one to one intervention and when one to one intervention was not effective he required restrictive intervention. He continued to be intrusive, demanding, verbally abusive and threatening but he was not physically violent. He demanded to be transferred to VA facility because he was service connected disabled veteran. However, with his detainee status it was not possible.

On 2/24/05 he began to receive Coumadin 5 mg daily po at 1600. His psychiatric condition began to show improvement gradually. He became much calmer, less intrusive and no longer exhibited verbal abusive behavior. He was able to sleep better and by 2/28/05 he was calm, fully oriented, he no longer exhibited any psychotic symptoms. PA ordered Allegra 60 mg bid due to his evidence of upper respiratory infection. He expressed his willingness to comply with outpatient treatment after his discharge. Therefore, he was discharged on 3/4/05 after follow up care was arranged by social worker.

**Discharge Diagnosis**

**Axis I**   Bipolar disorder, manic with psychotic feature.

**Axis II**  No diagnosis.

Page 5

BROUGHTON HOSPITAL

**CHART Copy**

Name=BRIGGS,JOSEPH NATHAN                          MRUN=1-05-63-72
 DOB=12/06/1949      Age=55Y        Sex=M        Acct #=20624607
Loc/Svc=/AA                                      Admit Date=02/12/2005
**FINAL REPORT**                                  Discharge Date=03/04/2005
**DISCHARGE SUMMARY  DMH 1-20**
=================================================================

**Axis III**  Right lower leg deep vein thrombosis under treatment with
Coumadin. Bilateral tinea pedis.

**Axis IV**   Legal problems and dealing with his mood disorder without
proper treatment.

**Axis V**    GAF 60.

**Disposition**: He was referred to New Vista, Asheville, North Carolina.
His initial appointment with Jail Diversion Team was on 3/7/05.

**Medications at Discharge**: He was given Coumadin 7.5 mg at 1600, Zyprexa
Zydis 20 mg bid po, Allegra 60 mg bid po.

**CC**:  Buncombe

**Transmitted prior to review and signature.**

=================================================================
  Dictated By=CHUNG,HAE JIN (MD)              D/T=03/11/2005
  Text Status=**FINAL**
    Signed By= _____        D/T= _____

Transcribed By=MCINTYRE,DONNA                 D/T=03/11/2005 1604

BROUGHTON HOSPITAL

CHART Copy

Name=BRIGGS,JOSEPH NATHAN                       MRUN=1-05-63-72
 DOB=12/06/1949       Age=55Y        Sex=M      Acct #=20624607
Loc/Svc=W4-0313-02/AA                           Admit Date=02/12/2005
FINAL REPORT
PHYSICAL ASSESSMENT   DMH 2-10M
=====================================================================
the past.

**Past Medical History:**
1.  Reports a motor vehicle accident in December with neck injury and
right lower leg injury and possible deep vein thrombosis.
2.  Inpatient psychiatric care in Baltimore VA Medical Center in the
past.
3.  Denies any other serious medical illnesses or injuries.

**Family History:** Patient states that his father and mother are alive and
well.  He does state that he has brothers and sisters who are alive and
well but does not enumerate their ages or their health situation.  He
believes that he has three sons who have all been adopted out.  PERSONAL
HISTORY: It appears that he is actually from the Maryland area.  It is
not known why he is in North Carolina.  By his vocabulary, he seems to
be fairly well educated but he does not answer questions regarding his
schooling.  He does state that he is the CEO and president of his own
construction company and believes that he has built all of the buildings
in Asheville.  He seems to have had military service at some time as he
does qualify for benefits within the VA system and has been treated
there in the past, according to his mother.

**Tobacco:** Is a non-smoker now, but used to smoke in the 1970's and
1980's.

**Alcohol:** Denies.

**Street Drugs:** Denies.

**REVIEW OF SYSTEMS**

**Skin:** no complaints.  **HEENT:** no vision or hearing impairments; no
diplopia; no sore throat.  **CR:** no shortness of breath or chest pain.  **GI:**
 no change in bowel habits; no weight loss; no melena.  **GU:** no dysuria
or STDs.  **MS:** no joint pain.  **Neuro:** no gait disturbance.

**PHYSICAL EXAMINATION**

**General Appearance and Mental State:** Patient is a 55 year old black
male, ambulatory, well developed, well nourished, clean and neat,
answers questions as they are recorded above.  Continues to be grandiose
and delusional, but was much calmer today and willing to do physical

BROUGHTON HOSPITAL

CHART Copy

Name=BRIGGS, JOSEPH NATHAN                          MRUN=1-05-63-72
 DOB=12/06/1949      Age=55Y          Sex=M       Acct #=20624607
Loc/Svc=W4-0313-02/AA                           Admit Date=02/12/2005
FINAL REPORT
PHYSICAL ASSESSMENT  DMH 2-10M
=======================================================================
exam to a certain extent.

**Lymph Nodes:** none palpable.  **Skin:** he has small scars noted to both
arms, both legs, and to the left orbit of the face; he will not explain
the nature of these injuries; good turgor; no pallor, jaundice, or
lesions.  **Head:** normocephalic, symmetrical, without bruits, atraumatic.
**Eyes:** not injected or icteric; counts fingers; lens without densities;
discs crisp; retina benign.  **Ears:** canals clear; TMs without
perforations.  **Nose:** straight septum; mucosa pink.  **Mouth:**  normal
coated tongue without lesions; teeth in good repair.  **Pharynx:**  no
exudate.  **Neck:** with active testing of range of motion of his neck, he
is somewhat limited ~~and~~ looking to the right but not to the left, and
has full flexion and extension; when passively tested, he has fairly
full range of motion; no masses or thyromegaly; carotid +2 without
bruits.  **Thorax:** symmetrical without deformity.  **Breasts:** no masses or
discharge.  **Back/Spine:** normal lordotic curve; good mobility. **Lungs:**
breath sounds audible, bronchovesicular, and without crackles or
wheezes; no dullness to percussion.  **Heart:** not clinically enlarged; pmi
5th intercostal space MCL; no murmur, S1 and S2  physiologic; regular
rhythm.  **Abdomen:** soft; normal bowel sounds; not distended; no masses,
organomegaly, bruits, or scars.  **Genitalia:** exam not done, patient too
paranoid.  **Anus/Rectum:** exam not done, patient too paranoid.
**Extremities:** the right lower extremity has 2+ pitting edema and is
enlarged overall compared to the left lower extremity; there are no
areas of pain, no areas of redness or warmth or trauma noted; both
plantar feet are dry and appear to have some fungal infection, and both
heels have fissures; none of these fissures are bleeding or exudative
and treatment will be ordered for fissures; an ultrasound of the right
lower leg will be accomplished to see if a deep vein thrombosis is
present at this time; no deformity; normal radial, femoral, and pedal
pulsations.

**NEUROLOGICAL EXAMINATION**

**Handedness:** Right.      **Speech:** Fluent.     **Consciousness:** Alert.

**Cranial Nerves**

I. Anosmia:  not checked. II.  **Visual Fields:**  full. III., IV., VI.,
**Pupils:** equal, reactive to light and accommodation; EOMs full; lids
without ptosis; no nystagmus.  V.  **Masseters:**  strong and equal.
**Sensation:** symmetric. **Reflexes:**  present. VII.  **Facial Weakness:**

BROUGHTON HOSPITAL
Printed: Thu Feb 17, 2005 1:21 PM

**CHART Copy**

Name=BRIGGS,JOSEPH NATHAN                                    MRUN=1-05-63-72
  DOB=12/06/1949      Age=55Y              Sex=M       Acct #=20624607
Loc/Svc=W4-0313-02/AA                             Admit Date=02/12/2005
FINAL REPORT
PHYSICAL ASSESSMENT   DMH 2-10M
=====================================================================
Date: 02/17/05  Time: 0830  T: 97.5  P: 84  R: 18  BP: 138/88
H: 6'1"  Wt: 260

**Chief Complaint:** This is a 55 year old black single male from Buncombe
County for a first Broughton Hospital admission.  He comes from jail
where he has not been eating since he was arrested on 2/11/05.  When he
was seen by the forensic evaluator there on charges of communicating
threats, he would not speak with the evaluator and would not speak with
his attorney.  When he did talk to people, he was hostile, had pressured
speech, grandiose and delusional.  The forensic investigator called his
mother, who reported that he had chronic paranoid schizophrenia.  When
he presented here at Broughton Hospital, he did not know why he had been
sent here.  He told Dr. Varelas that he had built all of the buildings
in the Asheville area.  Today he is calmer, though he is still quite
delusional and grandiose.  He states that he was evaluating the entire
Western North Carolina area for the purpose of building a multipurpose
stadium area and stated that he was the CEO and president and owner of
his own construction company.  None of this is verified.  He is actually
from the Baltimore, Maryland area and has been in the Baltimore VA
Medical Center for psychiatric treatment in the past.  It is not known
if he actually has a valid North Carolina address.

He does report that he had a motor vehicle accident 12/31/04.  At first
he said in the Sparta area, then he said in the Sylva area.  He does
complain of an injury to his neck with limited range of motion now and
also complains of having a blood clot in the right lower leg.  He says
he has been to Mission St. Joseph Hospital system on several occasions,
had x-rays but does not know the results of those x-rays, and he states
he had one shot in his abdomen for blood thinner but he believes he is
supposed to taking an over-the-counter blood thinner which does not
require a prescription or any blood testing.  It is unknown what tests
were done and if he continues to clear in his sensorium, he may be
amenable to signing a request for these medical records.  At this point,
he is not willing to sign anything.

**Allergies:** No known drug allergies.

**Medications:** None, and he is not forthcoming with what medication he was
to have been taking for his mental illness.

**Operations:** Says "It was minor and private."  He will not discuss any
surgical procedures but does admit to having had surgical procedures in

Page 4

BROUGHTON HOSPITAL

**CHART Copy**

Name=BRIGGS,JOSEPH NATHAN                          MRUN=1-05-63-72
 DOB=12/06/1949      Age=55Y        Sex=M      Acct #=20624607
Loc/Svc=W4-0313-02/AA                            Admit Date=02/12/2005
FINAL REPORT
PHYSICAL ASSESSMENT  DMH 2-10M
=======================================================================
none.  **Asymmetry:**  none.  **VIII.  Hearing:**  good to spoken voice
**Equilibrium:**  good heel to toe.  **IX., X.  Palate:**  palate rises in
midline.  **Gag reflex:**  present. **Phonation:**  good.  **XI.**
**Sternocleidomastoids and Trapezii:**  symmetrical and strong.  **XII.**
**Tongue:**  midline without fasciculations or atrophy.

**Motor Function:**

**Atrophy:**  none.  **Strength:**  good.  **Coordination:**  good finger to nose.
**Gait:**  steady and smooth.  **Tremor:**  none.  **Involuntary Movements:**
none.

**Sensory Function:**

**Touch:**  positive to light touch.  **Pain:**  positive to pin prick.
**Proprioception:**  good.  **Vibration:**  positive to tuning fork.  **Romberg:**
negative.

**Reflexes**

**Right:** biceps, triceps, br-rad, knee, ankle +2; clonus none, plantar
down.
**Left:** biceps, triceps, br-rad, knee, ankle +2; clonus none, plantar
down.


**Identified Risk Factors Or Impairments To Initiate Referral:**

**Nutrition:**  Eating disorders, malnutrition, pregnant, obesity, special
diets which have not otherwise been identified, tube feeding.

None.


**Physical Therapy:**  Impairments in range of motion, strength,
coordination, balance, mobility.

None.


**Occupational Therapy:**  Impairments in hand function, hand or upper
extremity contractures, need for adaptive equipment.

Page 5

BROUGHTON HOSPITAL

**CHART Copy**

Name=BRIGGS,JOSEPH NATHAN                                    MRUN=1-05-63-72
 DOB=12/06/1949    Age=55Y           Sex=M .          Acct #=20624607
Loc/Svc=W4-0313-02/AA                                Admit Date=02/12/2005
**FINAL REPORT**
**PHYSICAL ASSESSMENT   DMH 2-10M**
============================================================================

None.

**Speech And Language Pathology:**  Impairments of hearing, voice, speech,
swallowing.

None.     _Current Pain Assessment : 0 or scale of 0-10. /daw_

Chaperone:  Craig Hensley, CNA.

**IMPRESSIONS:**
1.   55 year old black single male from Buncombe County, for a first
Broughton Hospital admission for treatment of probable bipolar disorder,
manic, versus schizoaffective disorder.
2.   Charges of communicating threats and unable to proceed to trial.
3.   Noncompliance with medications.
4.   Right lower leg edema and we will do tests to rule out a deep vein
thrombosis.
5.   Neck tenderness and slightly limited range of motion and x-rays have
been ordered.
6.  Bilateral plantar fissures and Lamisil cream has been ordered. _for bilateral_
_tinea pedis._

============================================================================

  Dictated By=WILLIAMS,DEBORAH                    D/T=02/17/2005 0830
  Text Status=**FINAL**
   Signed By= _Deborah T. Williams PAc_        D/T= _____

Transcribed By=WYATT,KAREN        _KK 2-21-05_    D/T=02/17/2005 1110

**Division of Mental Health**
**Developmental Disability &**
**Substance Abuse Services**

**Broughton Hospital**

A/4

FAXED

1056972
BRIGGS, JOSEPH NATHAN
ADM 02/12/05
BUNCOMBE
DOB 12/06/49

Br. J, Joseph Nathan
ADM 2/12/05  BM  '11MH
Buncombe  INH  DOB 12/06/49

Please Make Request to Include History & Pertinent Indication(s) for Exam(s)

Date and Time of Request  2/17/05 @ 0915    Requesting Physician  ALAM

Is Patient Pregnant?  Yes  (No)    Date LMP  NA    Allergies  NKDA

Pertinent History/Findings/Clinical Impression:  Reports trauma to R lower leg on 12/31/04 in MVA & believes she has a blood clot. Leg is swollen c

Medication(s)  Ability    Person Completing Form  D. Williams PAC    Shift  1st

mild pitting/edema. Unable to obtain good Hx.

Please Circle or Write in Exam(s):                                    Explained by:

| X-Ray (Specify Left or Right Side) | | | Nuclear Medicine | Cross Sectional Studies | (Ultrasound) |
|---|---|---|---|---|---|
| Chest | KUB | Knee | Brain D/S | **CT** | Biliary System |
| Ribs | Acute Abdominal Series | Femur | Bone | Head | Echo-cardiac |
| Skull | Shoulder | Tibia/Fibula | Lung | Chest | Complete Abdomen |
| Facial | Humerus | Ankle | Liver | Complete Abdomen | Pelvis |
| Nasal | Clavicle | Foot | Thyroid | Pelvis | Carotid – Doppler |
| Mastoids | Elbow | U.G.I. | RAI Uptake | Other | (Femoral Venous Doppler) |
| Sinus | Ulna/Radius | Small Bowel | Other | | Other |
| Orbits | Wrist | Barium Enema | | **MRI** | |
| Mandible | Hand | I.V.P. | | Head | |
| Cervical Spine | Pelvis | Portable | | Pelvis | |
| Dorsal Spine | Hip | Other | | Spine | |
| Lumbar Spine | Sacrum | | Nuclide | Other | Mammogram |
| | | | Dose | | |
| | | | SPECT | | |

Page 1 of 1

## ULTRASOUND OF THE DEEP VENOUS SYSTEM OF THE RIGHT LEG: 2/22/2005

The common femoral and superficial femoral veins demonstrate no thrombus within the lumen.  There is compressibility of the lumens and spontaneous and phasic flow with augmentation.  The popliteal vein has a thrombus within it and it is incompletely compressible.  However, there is a channel smaller than the vein which appears to represent some recanalization.  Flow is documented in this portion of the vein.  The greater saphenous vein is clear of thrombus and shows compressibility of the lumen as well as spontaneous flow.

## IMPRESSION

**Popliteal vein demonstrates incomplete compressibility with thrombus and partial recanalization.  The age of this thrombus is indeterminate.**

sg:  2/23/05

*RAY M. ANTLEY, M.D.*

Date Exam Completed _____    Radiologist _____

Form No. DMH 3-20-97

Radiology Referral and Report

2/28/05

MC 2-28-05

*Documents Relevant To U.S. District Court Case 05-1344-GK*

VA Maryland Health Care System    D
10 N. Greene St.
Mail Stop: 512/136E
Baltimore, MD  21201

# DEPARTMENT OF
# VETERANS AFFAIRS

DATE:  2/2/2006
In Reply Refer To: 512/136E

*JOSEPH NATHAN BRIGGS*
*3415 JOANN DR*
*BALTIMORE, MARYLAND 21244*

RE: ROI Request for JOSEPH BRIGGS

Dear MR BRIGGS:

The information listed below is furnished in response to your recent request under the Privacy Act and 45 CFR Part 164.

The information requested is being furnished at the written request or with the written authorization of the veteran.  Since this information is privileged, its confidentiality should be maintained.

Sincerely,


Judith C. Pearson
Supervisor, HIMS

# Radiology Report

MAXILLOFACIAL BONES

Exm Date: JAN 30, 2006@16:51
Req Phys: KOTH,KATHLEEN A                    Pat Loc: BT NEURO NEW/GENERAL (Req'g Lo
                                             Img Loc: BT RADIOLOGY
                                             Service: Unknown


(Case 369 COMPLETE)   MAXILLOFACIAL BONES              (RAD  Detailed) CPT:70210

        Clinical History:
          56 yo AA male presents with chronic right facial pain worsened by
          chewing and on physical exam palpable clicking of TMJ and right
          temporal hypertrophy

        Report Status: Verified              Date Reported: JAN 31, 2006
                                             Date Verified: FEB 01, 2006
        Verifier E-Sig:/ES/BRIAN D BRISCOE, MD

        Report:
          See impression.

        Impression:
          FACIAL BONES:  The lateral view excludes the posterior parietal
          region.  Allowing for this, there is no evidence of fracture or
          other significant abnormality of the facial bones.  A small
          opaque foreign body is seen in the left tempero-parietal region.
          The paranasal sinuses, as demonstrated, are grossly unremarkable.

          BDB/MTS/ps

Primary Interpreting Staff:
   BRIAN D BRISCOE, MD, RADIOLOGIST (Verifier)
/PMS


KNEE 2 VIEWS

Exm Date: JUL 07, 2005@11:34
Req Phys: SHASTRI,CHETANA K                   Pat Loc: BT PCC OPAL MH/SHASTRI (Req'g
                                              Img Loc: BT RADIOLOGY
                                              Service: Unknown


| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BRIGGS, JOSEPH<br>3415 JOANN DR<br>BALTIMORE, MARYLAND  21244<br>213525364 | Printed at BALTIMORE MD VAMC |

# Radiology Report

Printed On Feb 02, 2006

(Case 1050 COMPLETE) KNEE 2 VIEWS                (RAD  Detailed) CPT:73560
        Proc Modifiers : RIGHT

    Clinical History:
       pt with rt knee pains r/o djd, please do wt bearing xray too

    Report Status: Verified              Date Reported: JUL 07, 2005
                                         Date Verified: JUL 08, 2005
    Verifier E-Sig:


    Report:
       See impression.

    Impression:
       RIGHT KNEE (WEIGHT BEARING):  The bone and joint structures
       appear intact with no evidence of arthritic disease.  There is,
       however, borderline narrowing of the medial joint space
       suggesting the possibility of degeneration of the corresponding
       meniscus.  Otherwise unremarkable study.

       BDB/MTS/ps

Primary Interpreting Staff:
   BRIAN D BRISCOE, MD, RADIOLOGIST
           Verified by transcriptionist for BRIAN D BRISCOE, MD
/PMS

---

LOWER EXTREMITY VENOUS DUPLEX SCAN R/O DVT

Exm Date: JUN 20, 2005@13:31
Req Phys: BELLEZA,WALTER G                 Pat Loc: BT EMERGENCY CARE VISIT (Req'g
                                           Img Loc: BT VASCULAR LAB
                                           Service: Unknown


(Case 323 COMPLETE)  LOWER EXTREMITY VENOUS DUPLEX SCA(VAS  Detailed) CPT:93880

    Clinical History:
       Pt with hx of DVT,now having recurrent swelling and pain,

    Report Status: Verified              Date Reported: JUN 29, 2005
                                         Date Verified: JUL 08, 2005
    Verifier E-Sig:/ES/STEVEN J BUSUTTIL, MD

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Radiology Report

Report:
  See impression.

Impression:
  FINDINGS:   RIGHT:   Duplex examination of the veins of the right
  lower extremity reveal the right common femoral and the
  superficial femoral veins to be compressible with normal phasic
  doppler signals and no intravascular thrombus.   The right
  popliteal vein was not compressible and paucity of doppler
  signals and had evidence of intravascular thrombus which is
  echogenic.

  LEFT:    Duplex examination of the veins of the left lower
  extremity reveal the left common femoral, superficial femoral and
  popliteal veins to compressible with evidence of phasic doppler
  signals and no evidence of intravascular thrombus.

  DIAGNOSTIC IMPRESSION:    There is evidence of right popliteal
  vein deep venous thrombosis which appears chronic by its
  echogenicity.   This is consistent with the previous study done
  on 3-28-05 which also showed a right lower extremity deep venous
  thrombosis.


      SB/mts/cd

Primary Interpreting Staff:
  STEVEN J BUSUTTIL, MD, SURGICAL ATTENDING, VASCULAR (Verifier)
/CD


SPINE CERVICAL MIN 4 VIEWS

Exm Date: JUN 16, 2005@12:03
Req Phys: SHASTRI,CHETANA K              Pat Loc: BT PCC OPAL MH/SHASTRI (Req'g
                                         Img Loc: BT RADIOLOGY
                                         Service: Unknown


  (Case 1560 COMPLETE) SPINE CERVICAL MIN 4 VIEWS        (RAD  Detailed) CPT:72050

     Clinical History:
       pt with c/o neck pains that even go into neck

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Radiology Report

```
      Report Status: Verified          Date Reported: JUN 16, 2005
                                       Date Verified: JUN 17, 2005
      Verifier E-Sig:/ES/BRIAN D BRISCOE, MD

      Report:
        See impression.

      Impression:
        CERVICAL SPINE:  The vertebral bodies are in satisfactory
        alignment.  There is, however, absence of a lordotic curve
        possibly due to muscle spasm.  No evidence of acute fracture,
        destructive process, or degenerative disease.  There is relative
        narrowing of the neural foramen at the C3-4 level on the right.
        Otherwise unremarkable study.

        BDB/MTS/ps

Primary Interpreting Staff:
   BRIAN D BRISCOE, MD, RADIOLOGIST (Verifier)
/PMS
```

```
LOWER EXTREMITY VENOUS DUPLEX SCAN R/O DVT

Exm Date: MAR 15, 2005@09:20
Req Phys: ALPERT,JEFFREY B             Pat Loc: OP Unknown/02-02-2006@11:33
                                       Img Loc: BT VASCULAR LAB
                                       Service: MEDICAL


(Case 642 COMPLETE)  LOWER EXTREMITY VENOUS DUPLEX SCA(VAS  Detailed) CPT:93880
        Proc Modifiers : RIGHT

      Clinical History:
        55yo recent hx R DVT here with increased size.

      Report Status: Verified          Date Reported: MAR 28, 2005
                                       Date Verified: APR 13, 2005
      Verifier E-Sig:/ES/STEVEN J BUSUTTIL, MD

      Report:
        See impression.

      Impression:
        FINDINGS:     RIGHT:    Duplex examination of the veins of the
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND   21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Radiology Report

right lower extremity reveal the right femoral, profunda femoral, superficial femoral veins to be compressible with normal phasic doppler flow and no evidence of endovascular thrombus. The right popliteal vein revealed evidence of chronic thrombus was not completely compressible but had phasic flow.

LEFT:   The left lower extremity was not examined today.

DIAGNOSTIC IMPRESSION:    No evidence of an acute right deep venous thrombosis.   There is evidence of chronic changes in the right popliteal vein.

    SB/mts/cd

Primary Interpreting Staff:
  STEVEN J BUSUTTIL, MD, SURGICAL ATTENDING, VASCULAR (Verifier)
/CD

---

CHEST 2 VIEWS PA&LAT

Exm Date: MAR 13, 2005@14:52
Req Phys: WASAN,SHARMEEL K                   Pat Loc: BT EMERGENCY CARE VISIT (Req'g
                                             Img Loc: BT RADIOLOGY
                                             Service: Unknown

 (Case 52 COMPLETE)   CHEST 2 VIEWS PA&LAT            (RAD  Detailed) CPT:71020
      Proc Modifiers : 1ST

    Clinical History:
      55 yo male with dvt R leg, admission cxr

    Report Status: Verified              Date Reported: MAR 15, 2005
                                         Date Verified: MAR 16, 2005
      Verifier E-Sig:/ES/BRIAN D BRISCOE, MD

    Report:
      See impression.

    Impression:
      CHEST (PA/SUBTRACTION IMAGES):  A lateral view was not obtained.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244          Printed at BALTIMORE MD VAMC
213525364

# Radiology Report

```
        Compared to 8/7/03, the heart size is within normal limits.
        There is faintly defined aortic atherosclerosis.  The lungs are
        clear.

        BDB/MTS/ps

Primary Interpreting Staff:
   BRIAN D BRISCOE, MD, RADIOLOGIST (Verifier)
/PMS
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| BRIGGS, JOSEPH<br>3415 JOANN DR<br>BALTIMORE, MARYLAND  21244<br>213525364 | Printed at BALTIMORE MD VAMC |

# Discharge Summary

Printed On Feb 02, 2006

```
            TITLE: Discharge Summary
   ADMIN DATE: MAR 15, 2005         DISCH. DATE: MAR 21, 2005
    DICT DATE: APR 05, 2005@06:12   ENTRY DATE: APR 05, 2005@06:12:30
  DICTATED BY: KOCH,JANE S          ATTENDING: HOESCH,CHARLES F
      URGENCY: routine                STATUS: COMPLETED
```

DIAGNOSIS:
1. Right lower extremity DVT
2. Hypothyroidism
3. Bipolar Disorder
4. Posttraumatic Stress Disorder
5. Glaucoma
6. Hyperlipidemia

OPERATIONS/PROCEDURES: None

CONSULTS:
1. 3/16/05 - Nutrition
2. 3/18/05 - Recreation
3. 3/18/05 - Dental

ADMISSION HISTORY & PHYSICAL:
55 y.o.AA male, Bipolar Disorder w/Psychotic features, Noncompliance issues,
PTSD ( 100 % service connected ), Recent Dx. R. LE Phlebitis.

CC: Conversion to Coumadin -- requiring IV Heparin.

HPI: Pt. was at inpatient Psych at Perry Point until 12/15/04.  Note of
1/23/05 relates several weeks of R leg swelling and pt. had gone to several
ER's.  Not clear if he stayed for evaluation.  He went to Ashville, NC and
was incarcerated for threatening behavior at a post office.  He then was Dx'd
w/phlebitis and tx. w/Lovenox and given Coumadin. He came back to Balto. and
Coumadin was lost or stollen.  Admitted to Balto. VA where Heparin IV and
previous Coumadin dose was re-started.  He has an order for Olanzapine 20 HS,
but he had been on Ziprasidone 80 MG/BID and Topirimate 100 MG/BID.

     He has some SOB w/walking, no pleuritic pain, cough, fever, chills,
sweats, wheezing, hemoptasis.  There is still R. Leg swelling, but much
better.  No pain w/ walking.  No CP, palps, PND, edema, orthopnea, syncope or
near syncope.

PH: Surgery: None -- R intracranial aneurysm procedure Sinai Hosp in
               Balto.1981
    Hosp: 1981 R. Intercranial Aneurysm ? Bleed w/L. Hemiparesis x 4 mos.
          3/05  R. DVT
          Inpatient Psych - many
    Allergies: Penicillin ( unknown type )
    Meds: See Above.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

```
        Trauma: Hx. blunt trauma R. face w/ chr. R. cheek numbness.
        Inf: No TB, pneumonia.

FH: 20 siblings incl 1/2 sibs.  Pt. srated no HBP, DM or clots/phlebitis.

SH: Tobacco: denies.
    EtOH:  denies.
    Illicit Substances:  denies.
    Marital Status:  single.
    Occupational History:  lives in motels in the area.  family nearby.
    Noncompliance, incarcerations

ROS: Gen: No wt. change, appetite good, sleep OK, no fatigue
     H&N: No headaches, TIA, amaurosis,diplopia, vertigo, feint, syncope or
          seizures
     Eyes: Glasses. No infl, diplopia, pain
     NMT: No bleeding, sores, Hx. peridontitis. No S/T, swallow problems.
     Neck: L sided neck pain to shoulder.
     Resp: See HPI
     CVS: No CP, palp, Neck, jaw, arm discomfort w/exertion. ( See HPI )
     GI: No reflux, abd pain, hepatitis, jaundice, melena, BRBPR, change bowel
         habits
     GU: No dysuria, hematuria, stones, nocturia
     Endo: Hx. hypothyroid from Lithium
     Ortho: + LBP, no radicular pain.
     Shin: No problems

PE: Gen - Qbese AA male, no distress w/dyskinetic movements or legs
    VS - Afebrile 140/90 RR 18, unl.  P 68 reg.
    Head: No tenderness
    Eyes: No icterus, PERRL, EOM's nl, Fundi-benign
    Ears: TM's nl.
    NMT:  No bleeding.  Upper partial dentures.  =Gag   Pharynx nl.
    Neck: No nodes, thyromegally, bruits.
    Chest: Clear P + A.  No wheezes.
    COR: RR, no murmurs, nodes , thyromegally.  Extr no edema.  Pulses 2+/2+
         DP and PT pulses.
    Back: No CVA tenderness, spine tenderness.
    Abd: BS nl.  No masses, liver or spleen felt.
    Genitalis: Not examined
    Rectal: Not done
    Extr: Tender lower R calf. No edema
    Neuro: CN's nl.     Pin sense nl

HOSPITAL COURSE:
1. R. Phlebitis, sub-acute w/possible recent extention.  High risk post-
      phlebitic Syndrome:
IV heparin continued until Coumadin at therapeutic level per INR. INR on
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND   21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

Printed On Feb 02, 2006

admission was 1.05, at dischage it was 2.45 on 15 mg of warfarin at HS.

2. Bipolar Disorder / Psychotic elements ( grandeur )/ Hx. Depression w/ ECT
   and hx. incarcerations/ PTSD.
Psychiatric consult submitted. Veteran not seen by psychiatry prior to
dischage. Continued on Topirmate 100mg BID and Ziprasidone 80mg BID.

3. Hypercholesterolemia:
Last cholesterol level 3/14/05 - 232. Continued on a low cholesterol diet.

4. Dental:
Seen by dental service on 3/18/05 - oral hygiene fair, moderate calculus, no
xerostomia, no soft tissue lesions or pathology, incomplete dentitin uppers and
lowers with partial upper of cast metal/acrylic.

5. Preventive Health:
Pneumovax - 7/17/03, Tetanus - 3/2/00, PPD - 5/6/03 - Negative.
TSH - 3/16/05 - 0.426, PSA - 3/14/05 - 1.95.

6. Advanced Directives:
Veteran completed advanced directives 5/6/03.
Veteran requested full code status during this hospitalization.

7. Discharge:
Veteran discharged home on 3/21/05.

DISCHARGE INSTRUCTIONS:
  1.  Suggested plan for follow-up:
        1. Needs an appointment with Baltimore anticoagulation clinic this
           Thursday or Friday and to have a PT panel drawn prior to appointment.
        2. Needs an appointment in Baltimore Primary care clinic in 1-2 months.
        3. 4/8/05 - Baltimore access to care orientation appointment - 1000.
        4. 4/8/05 - Baltimore dental - 1230
        5. 4/11/05 - Baltimore Optometry Li - 1415

  2.  Discharge Medications and Instructions:

1)    TOPIRAMATE 100MG TAB (TOPAMAX) TAKE ONE TABLET TWICE A DAY.

2)    WARFARIN  5 MG TAB TAKE ONE TABLET AT BEDTIME.

3)    WARFARIN 10 MG TAB TAKE ONE TABLET AT BEDTIME.

5)    ZIPRASIDONE 80MG CAP (GEODON) TAKE ONE CAPSULE TWICE A DAY.

  3. Medication Education:
        Name, Dose, Route, Action and Purpose, Side-Effects, Storage.
        What to do with a missed dose.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND   21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

4. Pain:
   No Significant Pain Issues.

5. Discharge Dietary Instructions:
   Restrictions: Low Cholesterol Diet.

6. Physical Activity:
   No Restrictions.

7. Patient has Congestive Heart Failure?
   No.

8. Medical Equipment/Supplies:
   No.

9. Smoking Status:
   Patient is a non-smoker.
   Patient counseled on the risks of second hand smoke and advised to
   reduce exposure to secondhand smoke.

10. What to do if condition worsens or if symptoms re-occur (where to go,
    who to call etc.)
    Comment: For medical problems call Baltimore primary care clinic
    410-605-7000. For life threatening emergencies call 911.

11. Other:
1.   Anticoagulation Therapy:
Do wear an identifiable bracelet/necklace or carry a card identifying the
specific drug you are taking (warfarin), with the name and phone number
of your doctor.
Do remind all doctors or dentist who provide care for you that you are
taking warfarin.
Do be careful to avoid cutting yourself. Take special care in brushing
your teeth or in shaving. If using a hard bristle brush or razor blade, it may
be best to switch to a soft bristle toothbrush or an electric razor.
Do Not start or stop any prescriptions, non-prescription or vitamins without
your physician's knowledge. It is important that you ask your physician's
advise before taking any medications, including aspirin, acetaminophen, pain
relievers, arthritis medication, antacids, laxatives, sleeping pills,
cough/cold/allergy medications or diet products. These preparations may
alter Warfarin's effect resulting in either bleeding or clot formation.
Do Not eat unusally large amounts of foods that contain Vitamin K, such as the
leafy green vegetables (asparagus, broccoli, brussels sprouts, cabbage, kale,
lettuce, peas, spinach, turnip greens, watercress), fish, liver, cheese,
tomatoes, green tea, or bran cereals. These foods may  prevent the drug
from working properly.
Do Not drink alcoholic beverages or use non-prescription drugs that contain

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND   21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

alcohol without approval of your physician. This helps prevent bleeding
episodes.
Do Not participate in any activities or sports that have high injury risk.
Do Not allow anyone else to take this medication. Since this medication is
being prescribed especially for you, under no circumstances should you share it
with anyone.
Contact your physicain if persistent nosebleeds, mouth or gum bleeding, unusual
bruising, blood in stool or urine, or black colored stool.
While Taking this medication, keep in close contact with your
physician and pharmacst. Do not Hesitate to consult with them if you
have any questions or problems concerning this drug.


12 Patient education:
1. TEACHING METHOD:
        Handout
            Name of Handout: Discharge instruction sheet.
        Dialogue/Interactive
2. EVALUATION OF LEARNING:
        Communicates Understanding
3. INDIVIDUAL WHO WAS TRAINED:
        Patient




/es/ JANE S. KOCH, CRNP
NURSE PRACTITIONER
Signed: 04/05/2005 07:49

/es/ Charles F. Hoesch, MD
Medical Director, GLTC
Cosigned: 04/05/2005 08:15

---

        TITLE: Discharge Summary
  ADMIN DATE: MAR 13, 2005          DISCH. DATE: MAR 15, 2005
   DICT DATE: MAR 14, 2005@10:11    ENTRY DATE: MAR 14, 2005@10:12:03
 DICTATED BY: ALPERT,JEFFREY B        ATTENDING: LOWITT,NANCY R
     URGENCY: routine                    STATUS: COMPLETED


DIAGNOSIS: Right lower extremity DVT.

OPERATIONS/PROCEDURES:  Venous doppler studies.

HISTORY OF PRESENT ILLNESS:  Mr. Briggs is a 55yo AAM with PMHx of bipolar
disorder with psychotic features, PTSD, recently dx DVT at an outside hospital
who presented with increased R leg swelling.  Pt stated that he was dx with DVT
2/05 in North Carolina, where he was hospitalized and started on lovenox before
transitioning to coumadin.  He later returned to the Baltimore area, where he

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

states his coumadin was stolen from his hotel room on Friday. Since that time he states his leg has been increasing in size. No SOB, cp. No recent trauma to leg, only remote trauma with fx in Vietnam. No clear family hx DVT.

Active Outpatient Medications (including Supplies):
Zyprexa 20mg qhs

Allergies: PENICILLIN, PENICILLIN-SENSITIVE

Past Medical/Surgical History:
Hypothyroidism
Noncompliance with Treatment
BIPOLAR DISORDER NOS WITH PSYCHOTIC FEATURES
Prolong Posttraum Stress
Glaucoma (ICD-9-CM 365.9)
HYPERLIPIDEMIA NEC/NOS

Social History:
b. Tobacco: denies.
c. EtOH: denies.
d. Illicit Substances: denies.
e. Marital Status: single.
f. Occupational History: lives in motels in the area. family nearby.

Family History: no known family hx of clotting disorders.

Review of Systems: as per hpi.

PHYSICAL EXAM:
Vitals:

| DATE/TIME | TEMP | PULSE | RESP | BP | PAIN | WEIGHT |
|---|---|---|---|---|---|---|
| 3/13/05 @ 1124 | 97.8 | 95 | 22 | 150/91 | | |
| 3/11/05 @ 0823 | 96.7 | 100 | 24 | 152/104 | | |

Gen: NAD. slightly pressured speech. seems a little anxious.
HEENT: eomi, perrl, anicteric. op clear. mmm.
Neck: supple, no elevated jvp.
CV: rrr. no murmur apprec.
Pulm: cta b. no wheeze or crackle.
Abd: obese, soft, nt, nd.
Ext: RLE >> LLE. nonpitting edema. nontender.
Derm: no rash or ulceration.
Neuro: cranial nerves grossly intact. no motor or sensory deficit.

Laboratory studies (please only note the abnormal labs- refer to chart for remainder):
BLOOD       03/13          Reference
            2005

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Discharge Summary

Printed On Feb 02, 2006

```
            14:17      Units    Ranges
------------------------------------------------------------------------
WBC         6.5       K/CMM    4.8-10.8
RBC         4.59 L    M/cmm    4.7-6.1
HGB         13.1 L    G/DL     14-18
HCT         39.0 L    %        42-52
MCV         84.9      fL       80-100
MCH         28.5      uug      27-31
MCHC        33.5      gm/dL    32-36
RDW         14.3      %        11.5-14.5
PLT         339       K/cmm    140-440
MPV         6.4 L     fL       7.4-10.4

PLASMA              PROTIME   INR-PT   PTT     FSPT-FH    FSINR   FIBRINO
a 03/13/2005 14:17  12.6      1.05     35.7
========================================================================

SERUM      03/13            Reference
           2005
           14:17   Units    Ranges
------------------------------------------------------------------------
GLU         92       MG/DL    70-105
UREA        13       MG/DL    6-20
CRE         1.0      MG/DL    0-1.4
NA          137      MEQ/L    133-145
K           5.1      MEQ/L    3.3-5.1
CL          105      mEq/L    96-108
CO2         26.0     MEQ/L    22-32
```

Notable radiologic studies:
CXR clear, no masses, no effusions or focal infiltrates.

ECG: rate 60s. nsr. no axis, no st changes, no twis.

HOSPITAL COURSE AND TREATMENT:
Mr. Briggs is a 55yo AAM with a recently dx'd RLE DVT who presented after
noncompliance with coumadin and increasing RLE size.

Heme: RLE DVT was confirmed with ultrasound. He was started on heparin gtt
with goal PTT 60-80. Since admission INR was only 1.05, noncompliance is likely
a factor in this patient. Coumadin was restarted at a dose of 7.5mg the evening
of admission. Coags will need to be checked until pt is fully transitioned from
heparin to coumadin.

CV: Although the pt has a hx of hyperlipidemia, he denied this. Fasting lipids
are pending at this time, and can be followed up during the pt's upcoming
outpatient appt in the primary care clinic.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| BRIGGS, JOSEPH<br>3415 JOANN DR<br>BALTIMORE, MARYLAND  21244<br>213525364 | Printed at BALTIMORE MD VAMC |

# Discharge Summary

Psych:  Pt has a hx of bipolar disorder with psychotic features.  He seems sensitive about his psych hx, with past notes stating that he has left hospital care AMA after his psych hx was probed.  His psych hx was not an active issue during this hospital course.  He was maintained on his outpt regimen of olanzapine/zyprexa 20mg qhs.

Dispo:  This pt has a hx of medical noncompliance.  Given his evidence of poorly treated DVT, he will be referred for placement so that his anticoagulation therapy can be monitored.  He will be transitioned from heparin to coumadin.

/es/ JEFFREY B ALPERT, MD
MEDICAL RESIDENT
Signed: 03/14/2005 10:23

/es/ NANCY R LOWITT, MD
MEDICAL ATTENDING
Cosigned: 03/14/2005 10:25

---

          TITLE: Discharge Summary
  ADMIN DATE: DEC 08, 2004          DISCH. DATE: DEC 14, 2004
    DICT DATE: DEC 14, 2004          ENTRY DATE: DEC 15, 2004@12:05:16
 DICTATED BY: BUTCHART,JOHN C         ATTENDING: BUTCHART,JOHN C
     URGENCY: routine                    STATUS: COMPLETED


J-694950


Name of Patient:        BRIGGS, JOSEPH

REASON FOR ADMISSION:  Patient was accepted on 6A by transfer from Northwest Hospital, where he was taken home by police on EP that was taken up by his family.  The statement on the EP was that the patient was living in his car, was not taking care of his hygiene, had poor judgment. He was not assaultive or dangerous to others.  Patient was accepted because he is known to the Psychiatric Service at Baltimore.

DISCHARGE DIAGNOSES:
AXIS I:    Schizoaffective disorder.
AXIS II:   Not done.
AXIS III:  1.  Hypothyroidism.
           2.  Glaucoma.
           3.  Posttraumatic stress disorder.
           4.  Hyperlipidemia.
AXIS IV:   Patient recently drove up from North Carolina, has
           no established social supports, family was not
           supportive.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

Page 14

**Page 120**

# Progress Note

Jun 22, 2005

---

Signed: 02/05/2005 03:06

---

    TITLE: ECS NOTE
DATE OF NOTE: JAN 23, 2005@07:02    ENTRY DATE: JAN 23, 2005@07:02:27
    AUTHOR: BRADY,KEN M    EXP COSIGNER:
    URGENCY:    STATUS: COMPLETED

This pt is an unfortunate 55 year old man with schizoaffective disorder who was
discharged from the psychiatry unit on the 15th of December.  He complains of
left foot pain following a car accident in December and he complains of neck
stiffness after being roughed up by police when he was asked to leave a hotel.
He states he is not taking any of his psych meds.  He says his foot and ankle
are swollen since December and he has been to multiple EDs without relief.  He
also reports that xrays have been taken and do not show fracture.  His history
is difficult to take for pressured, tangential speech patterns.

ROS: No fever, chills, ns,

PMHX
PROBLEMS Hypothyroidism
Noncompliance with Treatment
H&P4/27/03
R/O BIPOLAR DISORDER
BIPOLAR DISORDER NOS WITH PSYCHOTIC FEATURES
Psychosis, NOS
Prolong Posttraum Stress
Glaucoma (ICD-9-CM 365.9)
Ineffective leisure lifestyle
Other iatrogenic hypothyroidism (ICD-9-CM 244.3)
HYPERLIPIDEMIA NEC/NOS

Psych History
He has a history of SAD with delusional thinking and a behavior pattern of
staying in hotels without paying that apparently stems from an entitled delusion
of grandeur.  His last admission clearly documents his need for taking
ziprasidone 80 mg b.i.d. and topiramate 100 mg b.i.d.

Physical exam was truncated as he left AMA during the exam.
Of note, his right foot was swollen and edematous without tenderness or bruising
and the swelling extends to the knee without any warmth or palpable cord.

a/p
When I questioned him about his psych meds he became anxious and left ama.  I
informed him that I was concerned about his leg, that he may have a blood clot
and needed to have an ultrasound.  He said he would seek care elsewhere where
his psych records were not available.  He reports no intention to harm himself
or others.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244    Printed at BALTIMORE MD VAMC
213525364

# Progress Note

Jun 22, 2005

```
/es/ KEN M BRADY
ATTENDING, ECS
Signed: 01/23/2005 07:02
```

```
        TITLE: ECS NURSING TRIAGE NOTE
DATE OF NOTE: JAN 23, 2005@06:07    ENTRY DATE: JAN 23, 2005@06:07:23
    AUTHOR: BROWN,KIMBERLY O    EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
```

TRIAGE NOTE
1.   MAJOR COMPLAINT:PT. STATES HE WAS IN AN "ACCIDENT ON 12/31/04 & HAS HAD A
STIFF NECK & SORE RT. FOOT SINCE. I'VE BEEN TO 3 HOSPITALS & TOLD IT WAS JUST
SORE TISSUES. I REFUSED ANY MEDICINE BECAUSE I TAKE BAYER." PT. AMBULATORY,
STANDING IN THE WAITING ROOM LOOKING UP TO THE TELEVISION. PSYCH HISTORY & NOTES
INDICATE THAT PT. IS EITHER INPATIENT ON A PSYCH WARD OR LIVES IN HIS VEHICLE.
DRESSED APPROPRIATLEY BUT POORLY GROOMED.

2.   Was visit today as a result of injury?    [X]YES    []NO

3.   ALLERGIES: PENICILLIN, PENICILLIN-SENSITIVE

4.   VITAL SIGNS:
        TEMPERATURE:            95.9 F [35.5 C] (01/23/2005 06:02)
        PULSE:                  83 (01/23/2005 06:02)
        RESPIRATIONS:           18 (01/23/2005 06:02)
        BLOOD PRESSURE:         165/89 (01/23/2005 06:02)
        PULSE OX:
        WT:                     290 lb [131.8 kg] (12/08/2004 17:11)

        []PAIN    Level(1-10):   10 (01/23/2005 06:02)

5.   ORTHOSTATIC VITALS:
        LYING:
        SITTING:
        STANDING:

6.   AGE: 55         7. SEX: MALE

8.   CURRENT MEDS:Active Outpatient Medications (including Supplies):

No Medications Found

9.   PROBLEMS Hypothyroidism

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND   21244
213525364

**VISTA Electronic Medical Documentation**

Printed at BALTIMORE MD VAMC

# Progress Note

Jun 22, 2005

Noncompliance with Treatment
H&P4/27/03
R/O BIPOLAR DISORDER
BIPOLAR DISORDER NOS WITH PSYCHOTIC FEATURES
Psychosis, NOS
Prolong Posttraum Stress
Glaucoma (ICD-9-CM 365.9)
Ineffective leisure lifestyle
Other iatrogenic hypothyroidism (ICD-9-CM 244.3)
HYPERLIPIDEMIA NEC/NOS
Health Maintenance

```
***********************************************************************
```
10. ON ARRIVAL PATIENT WAS:  [X] AMBULATORY  [] STRETCHER  [] W/C

11. DIAGNOSTIC TESTS:     [] X-ray:
                          [] URINALYSIS
                          [] Finger Stick  Results:

12. DISPOSITION:     [] ACUTE   [X] NON-ACUTE
                     [] Referred to Pharmacy Refill
                     [] Referred to Medical Management
                     [] Referred to Primary Care Intake
                     [] Referred to SATU
                     [] Referred for PSYCH Evaluation

/es/ KIMBERLY O. BROWN, RN
STAFF NURSE
Signed: 01/23/2005 06:13

---

        TITLE: SWS-DISCHARGE PLANNING
DATE OF NOTE: DEC 15, 2004@17:03    ENTRY DATE: DEC 15, 2004@17:03:36
      AUTHOR: MODLIN,TRACY D       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED

    *** SWS-DISCHARGE PLANNING Has ADDENDA ***

Veteran is scheduled for discharge from 6A this PM, 12/15/04 and insists that he
will be returning to his home in Northeast Baltimore.  Prior to being admitted
to the hospital (initially on involuntary) status the veteran was reportedly
staying in his car and refusing to take his meds.  During the patient stay on
the unit he was strongly encouraged to adhere to a plan of care taking his
medications and keeping all clinic appointments.  The veteran was encouraged to
participate in the Baltimore Partial Hospitalization Program: however he
refused.  He declined receiving any assistance from this writer indicating that
he has the ability to access services on his own. Further, during his stay he
refused to sign a consent allowing this writer to speak to w/ any of his family

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

BRIGGS, JOSEPH
3415 JOANN DR
BALTIMORE, MARYLAND  21244          Printed at BALTIMORE MD VAMC
213525364