**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>JOSEPH N. BRIGGS,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No. 05-1344 (GK)</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>STATE DEP'T FED. CREDIT UNION,</td><td>)</td><td></td></tr>
<tr><td>et al.,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendants.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

**O R D E R**

An Initial Scheduling Conference was held in this case on February 9, 2006. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that consideration of the pending Motions in this case will be **stayed** for 30 days so that Plaintiff may continue his efforts to retain counsel to represent him; and it is further

**ORDERED** that the Initial Scheduling Conference is continued until **March 27, 2006** at **9:30 a.m.**

February 9, 2006

/s/_____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

<u>copies to</u>: **attorneys of record via ECF and**
**Joseph N. Briggs**
**3415 Joann Drive**
**Windsor Mills, MD 21244-2922**