United States District Court
District of Columbia

Joseph N. Briggs

vs

State Department Federal Credit Union

and

Military Police                                    05-1344 CKK


Amendment


As stated in the initial complaint, incident took place on January 19, 2005. This amendment advises the court that the correct date of the incident actually happened on January 21, 2005.


March 07, 2006

Joseph N. Briggs
3415 Joann Dr.
Windsor Mill, MD.
21244-2922
(410) 961-5158

United States District Court
District of Columbia

Joseph N. Burgos

v.s.

State Dept Federal Credit Union

and

Military Police

Certificate of Service

I hereby certify that on this 7th day of March 2006, a copy of this Amendment was mailed First Class Postage to:

Kevin K. Robitaille
Special Assistant US Attorney
555 4th Street N.W.
Washington DC 20530

Michelle L. Patail
Venable LLP
575 7th Street N.W.
Washington D.C. 20004

*[signature]*