UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH N. BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE DEPARTMENT FEDERAL<br>CREDIT UNION, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-1344 (GK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**To The Clerk Of This Court And All Parties Of Record**:

Pursuant to LCvR 83.6(b) of the Local Rules, Michelle L. Patail, Esq. hereby withdraws as one of the counsel for Defendant State Department Federal Credit Union in the above-captioned case.

Lawrence B. Bernard, Esq. of Venable LLP will continue as counsel for Defendant State Department Federal Credit Union in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Michelle L. Patail*
　　　　　　　　　　　　　　　　Michelle L. Patail (D.C. Bar No. 494633)


　　　　　　　　　　　　　　　　Lawrence B. Bernard (D.C. Bar No. 181636)
　　　　　　　　　　　　　　　　VENABLE LLP
　　　　　　　　　　　　　　　　575 7th Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　Telephone: (202) 344-4854
　　　　　　　　　　　　　　　　Facsimile: (202) 344-8300

　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　*State Department Federal Credit Union*

Date:　March 13, 2006

#731114/DC2
042956-199225

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2006, a true and complete copy of the foregoing *Notice of Withdrawal of Appearance* was served by the Court's DCD/ECF electronic filing system pursuant to LCvR 5.4(d)(1) on the following:

> Kevin K. Robitaille, Esquire
> Special Assistant U.S. Attorney
> 555 4[th] Street, N.W.
> Washington, D.C. 20530
>
> *Counsel for Defendants Staff Sergeant Crowley, Military Police and Staff Sergeant Dunlap, Military Police*

and by first-class mail, postage prepaid, on:

> Mr. Joseph N. Briggs (*pro se*)
> 3415 Joann Drive
> Windsor Mills, Maryland 21244

_____
Teresa E. Huguley

#731114/DC2
042956-199225