UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS

Vs.                                C/A No 05-1344 GK

STATE DEPARTMENT FEDERAL CREDIT UNION

Motion For Decision

This matter again before the derivative of a motion for judgement by default dated January 07, 2006 and same motion dated January 28, 2006 directed to representatives of parties of first part. Plaintiff now ask the court to bar Venable LLP from entering into this case for the following reasons.

1) Did not respond to service of process served via certified mail November 03, 2005 allowing 60 days to enter into this case as defined in Rule (6)

2) Did not file a motion for an extension of time.

3) Venable LLP attempt to enter this case should be barred for violating Rule (6) by 34 days and not respecting the court enough to follow procedures.

March 20, 2006

4) Plaintiffs service of process was served by direction of District Court.

Joseph N. Briggs
3415 Joann Dr
Windsor Mill MD 21244
410-961-5158

RECEIVED
MAR 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
District of Columbia

Joseph N. Briggs

v.s.

State Department Federal Credit Union

Certificate of Service

I Joseph N. Briggs, hereby certify that a copy this motion via first class postage prepaid on March 20, 2006 to:

Kevin K. Robitaille, Esq.
Special Assistant U.S. Attorney
555 4th Street, N.W.
Washington DC 20530

    And

Lawrence D. Bernard
Venable LLP
575 7th Street
Washington D.C. 20004