UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
APR 12 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH N. BRIGGS

V.S.                        C/A NO 05-13-1344 (GK)

STATE DEPT FED CREDIT UNION ET AL

MEMORANDUM IN SUPPORT AND AUTHORITY IN SUPPORT OF PLAINTIFFS MOTION FOR JUDGEMENT BY DEFAULT OF PLAINTIFFS INITIAL FILING...

BACKGROUND

1) THIS CASE FILED JULY 07, 2005, FIRST ATTEMPT OF SERVICE VIA FIRST CLASS POSTAGE PREPAID WENT IGNORED BY THE PROSCASTINATORS.

2) THE PROSCRASTINATORS MADE NO ATTEMPTS TO CONTACT THEIR ATTORNEY'S OVER A SEVEN MONTH PERIOD.

3) NOW THE, THE HEAD PROSCRASTINATOR OF THE PROSRABTINATOR SEEMS TO THINK THAT THE HONORABLE JUDGE GLADYS KESSLER HAS NOT READ THIS INFORMATION AS A MATTER OF FACT HER INQUISITION ON ENTRANCE TO HER COURT AS TO THE DELAY WAS QUESTIONED, WELL 'YOUR HONOR', (SEE ATTACHED).

I CONCLUDE FOR LAWRENCE WITH A STORY FOR BEDTIME SO HE CAN GO TO SLEEP AND WAIT FOR THE HONORABLE JUDGE GLADYS KESSLER 'WHEN I WAS A LITTLE BOY MY MOTHER SAID I WAS ALWAYS MESSING WITH SOMETHING EVEN IN MY SLEEP WHEN SCHOOL WAS OUT IN THE SUM

In the United States District Court
District of Columbia

Joseph N. Briggs

V. S.

State Dept Fed Credit Union ET AL

mer straight to the farm, ride horses, I liked milling and building little houses, my uncle said he always found in the wood pile late at night but nevertheless, I got so good at build and measuring I carried four trades and a business course entered the ninth grade went to sleep half way through woke up and was told I was returning to the eleventh grade we had build a house a car from scratch the four trades were auto, machine, drafting, carpentry, business F finish eleventh grade dropped out went into the Marine Corps served Vietnam stayed reserve until 1998 put together to companies before I got my high school diploma, buying and selling real estate like a tycoon at the age of twenty two, walking into any bank demanding loans at 2% over prime with 100% backing of the Small Business Administration nothing was too good in the 70's and 80's, you should see what lame out of my mind in Western N. Carolina where I incorporated and got my GED and took some advanced business development courses and studied some business law this activity starting in 1974 I went on

United States District Court
District of Columbia

Joseph N. Briggs
V.S.
State Dept Federal Credit Union Et Al

To Incorporate North Carolina corporation with Maryland corporations.

I do quite a lot of contract work nationwide.

Is their any other unofficial way you going to try an enter this case?

Nice bedtime story wu4!!

Joseph N. Br
3915 Liann Dr
Windsor Mill MD
21244-2922
410-961-5158

pg 1 of 2

UNITED STATE DISTRICT COURT 07-24-
DISTRICT OF COLUMBIA.

JOSEPH N. BRIGGS

V.S.

~~CS NO 1:05-CV 257~~

05-1344

(1) STATE DEPT FEDERAL CREDIT UNION
C/O
U.S. ATTORNEY GENERAL
D.O.J
950 PENNSYLVANIA AVE N.W.
WASHINGTON D.C. 20530

AND

(2) U.S. ARMY
STAFF SGT CROWLEY
C/O
U.S. ATTORNEY
565 4TH ST N.W.
WASHINGTON D.C. 20004

AND

(3) STAFF SGT CROWLEY
U.S. ARMY
MILITARY POLICE
FT MC NAIR
4TH AND P STS S.W.
WASHINGTON D.C. 20015

pg 2 of 2

UNITED STATES DISTRICT COURT 07-24-200(?)
District of Columbia

CS No 1:05 CV 25(?)
05-13(?)

(4) CYNTHIA CHAMBERLAIN - MANAGER
STATE DEPT FED CREDIT UNION
FT. MC NAIR
4TH + P STS S.W.
WASHINGTON D.C. 20015

(5) STATE DEPT FED CREDIT UNION
PRESIDENT + CEO
1630 KING ST
ALEXANDRIA VA 22314-2745

I, JOSEPH N. BRIGGS, CERTIFY THAT A COPY OF SUMMO(NS)
AND COMPLAINT WAS MAILED FIRST CLASS POSTAGE WAS
MAILED THIS DAY, JULY 25, 2005, TO ABOVE NAMED
PERSON (S)

JOSEPH N. BRIGGS, PRO-SE

[signature]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOSEPH N. BRIGGS
   V.S.                              C/A 05-1344-GK
STATE DEPT FED CREDIT UNION ET AL

CERTIFICATE OF SERVICE

I Joseph N. Briggs, hereby certify that on this 11th day of April 2006 a copy Plaintiffs memorandum in Support of Motion for Judgement by Default was mailed via pre paid First Class Postage To:

Kevin K. Robitaille ESQ
Special Assistant US. Atty
555 4th Street N.W.
Washington DC. 20530


Lawrence B Bonnar
Venable LLP
575 7th Street NW.
Washington DC. 20004

```
              USPS MIDDLE RIVER STA
                BALTIMORE, Maryland
                     212209998
                  2303830024-0096
07/25/2005      (410)391-9428      08:14:50 AM
```

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| 60c Coverlet Eagle PSA | 6 | $0.60 | $3.60 |
| ASHEVILLE NC 28801 First-Class | | | $0.60 |
| Issue PVI: | | | $0.60 |
| ~~WASHINGTON DC 20015~~ ~~First-Class~~ | | | $0.60 |
| Issue PVI: | | | $0.60 |
| WASHINGTON DC 20015 First-Class | | | $0.60 |
| Issue PVI: | | | $0.60 |
| WASHINGTON DC 20004 First-Class | | | $0.60 |
| Issue PVI: | | | $0.60 |
| ~~WASHINGTON DC 20530~~ First-Class | | | $0.60 |
| Issue PVI: | | | $0.60 |
| ~~ALEXANDRIA VA 22314~~ ~~First-Class~~ | | | $0.60 |
| Issue PVI: | | | $0.60 |
| WASHINGTON DC 20013 First-Class | | | $0.37 |
| Issue PVI: | | | $0.37 |
| WASHINGTON DC 20004 First-Class | | | $0.37 |
| Issue PVI: | | | $0.37 |
| ASHEVILLE NC 28801 First-Class | | | $0.37 |
| Issue PVI: | | | $0.37 |
| ASHEVILLE NC 28801 First-Class | | | $0.37 |
| Issue PVI: | | | $0.37 |
| Padded Mlr 10x16 - RP | 1 | $1.49 | $1.49 |
| Padded Mlr 10x16 - RP | 1 | $1.49 | $1.49 |

```
Total:                                   $11.66

Paid by:
Cash                                     $20.00
Change Due:                              -$8.34

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000402357346
```