1 OF 1

UNITED STATES DISTRICT COURT
DISTRICT OF Columbia

JOSEPH N BRIGGS

    V. S             C/a No 05-1344 GK

STATE DEPT FEDERAL CREDIT UNION
&
Military Police

Addendum

A STAFF SARGENT UNABLED TO NAME AS
PREVIOUSLY MENTIONED IN ABOVE ENTITLE CASE IS
NOW NAMED AS STAFF SARGENT COTTON IS
KNOWN AND NAMED AS THE PERSON(S) WHO ACTUA-
LLY MADE CONTACT OR ASSAULT AND OR KICKED PLAINT-
IFF (H) TIMES AS MENTIONED IN THIS CIVIL SUIT.

                                    A
CRIMINAL COMPLAINT HAS NOW BEEN FILED.

April 27, 2006.

                           JOSEPH N. BRIGGS
                           3415 JOANN DR.
                           WINDSOR MILL MD
                           21244-2922
                           410-961-5158

RECEIVED
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file granted — J. Kessler — 5/03/06

10E1

# UNITED STATES DISTRICT COURT
## DISTRICT OF Columbia

Joseph N. Briggs

V. S.                                      05-1344 GK

STATE DEPT FEDERAL CREDIT UNION
ET AL


## CERTIFICATE OF SERVICE

I JOSEPH N. BRIGGS, HEREBY CERTIFY THAT A COPY OF
AN Addendum WAS mailed FIRST CLASS POSTAGE PREPAID
To:

KEVIN K. Robitaille
U.S. ATTORNEY
555 FOURTH ST NW
Washington DC 20004

LAWRENCE Bradley BOWMAN
VENABLE LLP.
575 SEVENTH ST N W
WASHINGTON D.C 20004