**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| **JOSEPH N. BRIGGS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 05-1344 (GK) |
| **STATE DEP'T FED CREDIT UNION,** | ) | |
| **et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, Joseph Briggs, brings this action pro se against the State Department Federal Credit Union ("SDFCU" or the "Credit Union") and two military policemen, Staff Sergeants Scherill Crowley and John Dunlap.[1] Plaintiff claims to have sustained permanent tissue damage when Crowley and Dunlap arrested and detained him and seeks money damages for pain and suffering as a result.

This matter is now before the Court on the United States' Motion to Dismiss [Dkt. No. 7], SDFCU's Motion to Dismiss [Dkt. No. 9], Plaintiff's Motion for Judgment by Default [Dkt. No. 15], and Plaintiff's Motion for Decision [Dkt. No. 23]. Upon consideration

---

[1] As discussed in greater detail in the accompanying Memorandum Opinion, because the United States Attorney for the District of Columbia has certified that Crowley and Dunlap were acting within the scope of their employment at all relevant times, and because Plaintiff failed to rebut that certification, the United States has been properly substituted as a Defendant pursuant to 28 U.S.C. § 2679. See United States' Mot. to Dismiss [Dkt. No. 7] at 5.

of the Motions, Opposition,[2] and Replies, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the United States' Motion to Dismiss [Dkt. No. 7] is **granted** and that the Complaint is **dismissed without prejudice** as to the United States; it is further

**ORDERED** that SDFCU's Motion to Dismiss [Dkt. No. 9] is **granted** and that the Complaint is **dismissed without prejudice** as to SDFCU; it is further

**ORDERED** that Plaintiff's Motion for Judgment by Default [Dkt. No. 15] is **denied with prejudice**; and it is further

**ORDERED** that Plaintiff's Motion for Decision [Dkt. No. 23] is **denied with prejudice.**


May 25, 2006                                       /s/
                                                  Gladys Kessler
                                                  U.S. District Judge


**Copies to**: **attorneys on record via ECF and**

**JOSEPH N. BRIGGS**
**3415 Joann Drive**
**Windsor Mills, MD 21244-2922**

---

[2] Plaintiff titles his combined Opposition to the Defendants' Motions to Dismiss as a "Motion to Proceed." See Dkt. No. 11.