United States District Court
District of Columbia

Joseph N. Briggs

v.s.                                      CA No 05-1344 GK

State Dept Federal Credit Union
et al


Notice of Appeal

Notice is hereby given that Joseph N. Briggs, above named, hereby appeals to the United States Court of Appeals, for the District of Columbia Circuit from the Final Judgement entered in the above entitled case on May 25 2006

May 31, 2006.

*Joseph N. Briggs*
Joseph N. Briggs
3415 Joann Dr.
Windsor Mill MD 21244-2922
410-461-5158

RECEIVED
MAY 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT