UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPH N. BRIGGS,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1344 (GK) |
| | : | |
| **DEPARTMENT OF STATE FEDERAL** | : | |
| **CREDIT UNION,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court of Appeals has referred Plaintiff's Motion for Leave to Proceed on Appeal *in forma pauperis* to this Court for decision. Upon careful examination of Plaintiff's affidavit submitted with the Motion to the Court, the Court concludes that the Motion should be **denied**.

According to Plaintiff's affidavit, he receives a monthly income, comprised of retirement benefits and interest and dividends of $4,347. Obviously, that amounts to $52,164 per year. Plaintiff's own statement of average monthly expenses indicates that he has disposable income of approximately $211 per month. He does indicate that he provides support for either two grandchilren (see item number 7 of affidavit) or four grandchildren (see item number 12 of affidavit). Plaintiff also indicates that he owns a home valued at $287,000, other real estate valued at $44,000, a Jeep valued at $16,00, and a 1998 Infinity valued at $11,000.

Based upon these quite substantial assets, and his monthly income and expenses, the Court concludes that the Motion for Leave to Proceed on Appeal *in forma pauperis* should be **denied**.


July 17, 2006                          /s/
                                       Gladys Kessler
                                       United States District Judge


**Copies via ECF to all counsel of record**

and

**Joseph Briggs**
**3415 Joann Drive**
**Windsor Mill, Maryland  21244-2922**