# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5166**                                    **September Term, 2006**

05cv01344

Filed On:

Joseph N. Briggs,
    Appellant

v.

Department of State Federal Credit Union, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 3 0 2007

CLERK

## ORDER

By order filed July 24, 2006, which was re-sent to appellant on November 1, 2006, appellant was directed either to pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court or to file a motion in this court for leave to proceed in forma pauperis by December 1, 2006. To date, appellant has not paid the docketing and filing fees or filed a motion for leave to proceed on appeal in forma pauperis. Upon consideration of the foregoing, and the motion of appellee Department of State Federal Credit Union to dismiss, it is

**ORDERED**, on the court's own motion, that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that the motion to dismiss be dismissed as moot.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: 
Nancy G. Dunn
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk